IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, STUDENTS ENGAGED IN ADVANCING TEXAS, REBECCA ROE BY AND THROUGH HER NEXT FRIEND, RUTH ROE, AND POLLY POE, <br><br> *Plaintiffs,* <br><br> vs. <br><br> MIKE MORATH, IN AN OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS EDUCATION AGENCY, HOUSTON INDEPENDENT SCHOOL DISTRICT, KATY INDEPENDENT SCHOOL DISTRICT, AND PLANO INDEPENDENT SCHOOL DISTRICT, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:25-CV-4090 |

## NOTICE OF APPEARANCE OF LUCAS C. HENRY

Lucas C. Henry, the undersigned attorney at law, being duly admitted to practice before this Honorable Court, hereby enters his appearance in the above entitled and numbered cause as counsel on behalf of Defendant Plano Independent School District.

The undersigned attorney certifies to the Court and to all counsel that he has been designated by said party as attorney of record on its behalf to have full control and management of this cause, and has authority to receive all communications from the Court and other counsel relating to this case.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Lucas C. Henry*
**Charles J. Crawford**
State Bar No. 05018900
ccrawford@abernathy-law.com
**Lucas C. Henry**
State Bar No. 24101901
lhenry@abernathy-law.com
1700 Redbud Blvd., Suite 300
McKinney, Texas  75069
Telephone: 214-544-4000
Facsimile: 214-544-4040

**ATTORNEYS FOR DEFENDANT PLANO INDEPENDENT SCHOOL DISTRICT**

**CERTIFICATE OF SERVICE**

On September 3, 2025 I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5 (b)(2).

*/s/Lucas C. Henry*
Lucas C. Henry