United States District Court
Southern District of Texas
**ENTERED**
September 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, *et al*, | § | CIVIL ACTION NO |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| vs | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MIKE MORATH, *et al*, | § | |
| Defendants. | § | |

## ORDER

Plaintiffs GSA Network, Students Engaged in Advancing Texas, Rebecca Roe, Ruth Roe, and Polly Roe commenced this action on August 28, 2025, seeking to enjoin enforcement of certain provisions of what's referred to as *Texas Senate Bill 12* or *SB 12*, which contains various policies impacting Texas public schools. Dkt 1. That same day, they also filed a motion for preliminary injunction. Dkt 10.

It appears that SB 12 went into effect on September 1, 2025. Dkt 10 at 9. Plaintiffs don't appear to have requested determination by any particular date, nor has emergency or expedited relief been requested. Even so, it's assumed that they request prompt attention to their motion.

The parties are ORDERED to (i) confer on a schedule for briefing and argument, and (ii) submit joint or individual status reports in that regard when ready. Normal procedural deadlines shall otherwise apply unless and until an alternate order is requested and obtained.

It's noted that summons to Defendants has been issued, but it doesn't appear that any have yet been served. Dkt 15.

Plaintiffs are ORDERED to provide a copy of this Order, along with the complaint and the motion, on Defendants through email or other regular channels through which they have conferred with them or their counsel. Such presentation isn't a substitute for formal service according to law but is instead to allow them full opportunity to be heard with notice at this point in the proceedings. See *Mullane v Central Hanover Bank & Trust Co*, 339 US 306, 314 (1950) (defendants entitled to "opportunity to present their objections" unless *ex parte* treatment is warranted).

SO ORDERED.

Signed on September 4, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge