IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK; STUDENTS ENGAGED IN ADVANCING TEXAS; REBECCA ROE, by and through her next friend RUTH ROE; AND POLLY POE, | § § § § § | |
| Plaintiff, | § § § | |
| v. | § § | C.A. No. 4:25-cv-04090 |
| MIKE MORATH, in an official capacity as COMMISSIONER OF THE TEXAS EDUCATION AGENCY; HOUSTON INDEPENDENT SCHOOL DISTRICT; KATY INDEPENDENT SCHOOL DISTRICT; and PLANO INDEPENDENT SCHOOL DISTRICT | § § § § § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Katy Independent School District ("District" and "Katy ISD"), and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendant Katy ISD.  Counsel's contact information is as follows:

> Christopher B. Gilbert
> State Bar No. 00787535
> Southern District No. 17283
> Attorney in Charge
> **THOMPSON & HORTON LLP**
> 3200 Southwest Freeway, Suite 2000
> Houston, Texas 77027
> Telephone: (713) 554-6744
> Facsimile: (713) 583-8884
> cgilbert@thompsonhorton.com

Respectfully submitted,

**THOMPSON & HORTON LLP**


By:   /s/ Christopher B. Gilbert
       Christopher B. Gilbert
       State Bar No. 00787535
       Southern District No. 17283

Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
Telephone:    (713) 554-6744
Fax:        (713) 583-8884
cgilbert@thompsonhorton.com

Attorneys for Defendant Katy Independent
School District

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2025, the undersigned attorney served all counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by the Federal Rules.


    /s/ Christopher B. Gilbert
Christopher B. Gilbert