AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas ▼

| | |
|---|---|
| GSA Network, Students Engaged in Advancing Texas, Rebecca Roe, by and through her next friend, Ruth Roe, and Polly Poe,<br><br>*Plaintiff(s)*<br>v.<br>Mike Morath, in an official capacity as Commissioner of the Texas Education Agency, Houston Independent School District, Katy Independent School District, and Plano Independent School District,<br><br>*Defendant(s)* | Civil Action No. 4:25-cv-4090 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Katy Independent School District
6301 S. Stadium Lane,
Katy, TX 77494

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Brian Klosterboer
ACLU Foundation of Texas, Inc.
P.O. Box 8306
Houston, TX 77288
bklosterboer@aclutx.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: September 1, 2025

*s/ Joan Davenport*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-4090

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>KATY INDEPENDENT SCHOOL DISTRICT</u> was received by me on *(date)* <u>September 2, 2025.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the SUMMONS IN A CIVIL ACTION, COMPLAINT.PDF, NOTICE OF APPEARANCE- ASHLEY HARRIS.PDF, NOTICE OF APPEARANCE BY ADRIANA PINON.PDF, NOTICE OF APPEARANCE BY CHLOE KEMPF.PDF, NOTICE OF APPEARANCE BY CHARELLE LETT.PDF, NOTICE OF APPEARANCE BY EDGAR SALDIVAR.PDF, NOTICE OF APPEARANCE BY SARAH CORNING.PDF, NOTICE OF APPEARANCE BY THOMAS BUSER-CLANCY.PDF, MOTION FOR PRELIMINARY INJUNCTION.PDF, EXHIBIT DECLARATION OF MAYA LAFLAMME WASHINGTON.PDF, EXHIBIT DECLARATION OF CAMERON SAMUELS.PDF, EXHIBIT DECLARATION OF RUTH ROE.PDF, EXHIBIT DECLARATION OF POLLY POE.PDF, MOTION TO APPEAR PRO HAC VICE FOR DALE MELCHERT.PDF, MOTION TO APPEAR PRO HAC VICE FOR MEGAN Z. NOOR.PDF, MOTION TO APPEAR PRO HAC VICE FOR SHAWN THOMAS MEERKAMPER.PDF, CLERKS NOTICE REGARDING CONSENT TO JURISDICTION OF MAGISTRATE JUDGE.PDF, EXHIBIT SENATE BILL 12.PDF, on *(name of individual)* <u>SAMANTHA RIDENHOUR</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>KATY INDEPENDENT SCHOOL DISTRICT</u> on *(date)* <u>Wednesday, September 03, 2025 at 9:51 am CDT</u>

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 09/08/2025

*Kirsten Porter*

**Server's signature**

Kirsten Porter   PSC - 21311   Exp 06/30/2026

*Printed name and title*

18722 UNIVERSITY BOULEVARD STE 200, SUGAR LAND, TX 77479

*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Sep 2, 2025, 4:58 pm CDT at 6301 SOUTH STADIUM LANE, KATY, TX 77494
No answer at the callbox. Only a few vehicles in the parking lot

2) Successful Attempt: Sep 3, 2025, 9:51 am CDT at 6301 SOUTH STADIUM LANE, KATY, TX 77494 received by KATY INDEPENDENT SCHOOL DISTRICT. Age: 40's; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'11"; Hair: Brown;
Documents delivered to Samantha Ridenhour, head paralegal