# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| GSA Network, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:25-cv-4090 |
| Mike Morath. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date:   09/09/2025

*Attorney's signature*

Nicholas Kennedy TX No.24087841 SDTX- 3126231
*Printed name and bar number*
Baker & McKenzie LLP
1900 North Pearl
Suite 1500
Dallas, TX 75201
*Address*

Nicholas.Kennedy@bakermckenzie.com
*E-mail address*

(214) 978-3081
*Telephone number*

(214) 978-3099
*FAX number*