UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA Network, et al., | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| Mike Morath, et al., | § | |
| Defendants. | § | |

**[PROPOSED] SCHEDULING ORDER**

The following schedule will control disposition of Plaintiffs' Motion for Preliminary Injunction (Dkt. 10) and any amended Motion for Preliminary Injunction.

1. **Sept. 16**  **DEADLINE FOR PLAINTIFFS TO AMEND COMPLAINT AND/OR MOTION FOR PRELIMINARY INJUNCTION.**

    Plaintiffs must seek leave of Court and show good cause to amend after this date.

2. **Oct. 16**  **DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADINGS**

    Defendants' responsive pleadings are due, including answers and/or motions to dismiss, as well as responses to Plaintiffs' Motion for Preliminary Injunction.

3. **Nov. 5**  **DEADLINE FOR PLAINTIFFS' REPLY AND RESPONSES**

    Plaintiffs' Reply in support of the Motion for Preliminary Injunction is due, along with responses to any motions to dismiss.

4. **_____**  **PRELIMINARY INJUNCTION HEARING**

    The Court schedules a preliminary injunction hearing on _____ [**the week of Nov. 17, or as the Court is available**] at _____. The Parties shall confer and

advise the Court on estimated number of witnesses and length of hearing on or before Oct. 27.


Signed on _____, at Houston, Texas.


_____
Hon. Charles Eskridge
United States District Judge