**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GSA Network, et al., § | CIVIL ACTION NO. |
| Plaintiffs, § | 4:25-cv-04090 |
| § | |
| § | |
| vs. § | JUDGE CHARLES ESKRIDGE |
| § | |
| § | |
| Mike Morath, et al., § | |
| Defendants. § | |

**[PROPOSED] ORDER GRANTING MOTION TO PROCEED UNDER PSEUDONYMS**

Pending before the Court is Plaintiffs' Unopposed Motion for Leave to Proceed Under Pseudonyms for Plaintiffs Ruth and Rebecca Roe and Polly Poe. Upon reviewing the Plaintiffs' Motion, the Court finds that the Motion is hereby **GRANTED**. It is hereby **ORDERED** that Plaintiffs Ruth and Rebecca Roe and Polly Poe may proceed pseudonymously in this case, including in public filings and court proceedings.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge