UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA Network, et al., | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES |
| | § | ESKRIDGE |
| | § | |
| Mike Morath, et al., | § | |
| | § | |
| Defendants. | | |

**PLAINTIFFS' UNOPPOSED MOTION TO ENTER PROTECTIVE ORDER**

Plaintiffs bring this Motion to enter a protective order so that the parties may exchange sensitive and confidential information relating to this lawsuit. Plaintiffs have conferred with all Defendants, who are unopposed to entering the Court's standard protective order (Form 9) with a small modification to highlight statutory privacy protections for students, parents, and educators that may be implicated in this lawsuit. This modification is illustrated below:

> "Confidential Information" refers to private, secret, or restricted information of any party that by its nature must be maintained in confidence to protect the interests of the party **or is required to be kept confidential by law, including the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g and Texas Education Code § 21.355**. Counsel for any party, or a *pro se* party, may designate any **correspondence,** document, information contained in a document, information revealed in an interrogatory response, or information revealed during a deposition as Confidential Information where determined in good faith that such designation is necessary.

Because this lawsuit may involve sensitive and confidential information that also may be shielded from disclosure by federal and state privacy laws, Plaintiffs respectfully request that the Court enter the proposed protective order.

Respectfully submitted,

*/s/ Brian Klosterboer*

| | |
|---|---|
| Shawn Thomas Meerkamper* | Brian Klosterboer, |
| California State Bar No. 296964 | attorney-in-charge |
| Megan Z. F. Noor* | TX Bar No. 24107833, |
| California Bar No. 359480 | SDTX No. 3314357 |
| Dale Melchert* | Charelle Lett |
| California Bar No. 362885 | TX Bar No. 24139900, |
| New York Bar No. 5366554 | SDTX No. 3908204 |
| TRANSGENDER LAW CENTER | Ashley Harris |
| P.O. Box 70976 | TX Bar No. 24123238, |
| Oakland, CA 94612 | SDTX No. 3879706 |
| Tel: 510-587-9696 | Sarah Corning |
| shawn@transgenderlawcenter.org | TX Bar No. 24144442, |
| megan@transgenderlawcenter.org | SDTX No. 3904827 |
| dale@transgenderlawcenter.org | Chloe Kempf |
| | TX Bar No. 24127325, |
| | SDTX No. 3852674 |
| | Thomas Buser-Clancy |
| Nicholas O. Kennedy | TX Bar No. 24078344, |
| Texas Bar No. 24087841 | SDTX No. 1671940 |
| M. Michelle Hartmann | Edgar Saldivar |
| Texas Bar No. 24032402 | TX Bar No. 24038188, |
| BAKER MCKENZIE LLP | SDTX No. 618958 |
| 1900 N. Pearl, Suite 1500 | Adriana Piñon |
| Dallas, TX 75201 | TX Bar No. 24089768, |
| Tel: (214) 978-3000 | SDTX No. 1829959 |
| nicholas.kennedy@bakermckenzie.com | |
| michelle.hartmann@bakermckenzie.com | |

Angela C. Vigil*
Florida Bar No. 38627
830 Brickell Plaza, Suite 310
Miami, FL 33131
Tel: (305) 789-8900
angela.vigil@bakermkenzie.com

Andrew P. Crousore*
California Bar #202195
600 Hansen Way
Palo Alto, CA 94304
Tel: (650) 856-5508
drew.crousore@bakermckenzie.com
John Treat*
California Bar #5696778
1025 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Tel: (310) 201-4728
john.treat@bakermckenzie.com

James A. Gilmore*
DC Bar #1736415
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (22)452-7000
james.gilmore@bakermckenzie.com


*Motion for pro hac vice pending or forthcoming

ACLU FOUNDATION
OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
bklosterboer@aclutx.org
clett@aclutx.org
aharris@aclutx.org
scorning@aclutx.org
ckempf@aclutx.org
tbuserclancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

## CERTIFICATE OF CONFERENCE

Counsel has conferred with all parties about the relief requested by this Motion, and each Defendant is unopposed.

*/s/ Brian Klosterboer*
Brian Klosterboer

## CERTIFICATE OF COMPLIANCE

Per the Court's local rules, this Motion contains 198 words.

*/s/ Brian Klosterboer*
Brian Klosterboer

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September 2025, a copy of the foregoing document was served via the Court's electronic filing system to all counsel of record and will be emailed to any counsel who have not yet appeared.

*/s/ Brian Klosterboer*
Brian Klosterboer