**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GSA Network, et al., § | CIVIL ACTION NO. |
| Plaintiffs, § | 4:25-cv-04090 |
| § | |
| vs. § | JUDGE CHARLES |
| § | ESKRIDGE |
| Mike Morath, et al., § | |
| Defendants. § | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED WORD COUNT**

Plaintiffs bring this unopposed Motion to exceed the word count set forth in the Court's local rules for Plaintiffs' forthcoming Amended Motion for Preliminary Injunction.

Plaintiffs originally filed a Motion for Preliminary Injunction, Dkt. 10, on August 28, 2025. This original Motion is 28,612 words long and addresses each element required for the Court to issue preliminary injunctive relief in this lawsuit involving four challenged aspects of a new and complex state statute, six discrete causes of action, four separate Plaintiffs, and four Defendants. Because each Plaintiff challenges all four aspects of S.B. 12 at issue in this lawsuit through multiple causes of action against each challenged aspect of the law and each Defendant, the Original Motion required sufficient words to articulate these claims with supporting facts and case law.

Since the filing of that Motion, Plaintiffs have closely reviewed this Court's local rules and shared them with each Defendant. Plaintiffs submitted a proposed scheduling order to set the deadline to amend the Complaint and Motion for Preliminary Injunction for Tuesday, September 15. *See* Dkt. 25 (Unopposed Motion to Enter Scheduling Order). Plaintiffs anticipate amending their pleadings and the Motion for Preliminary Injunction to add new plaintiffs to the case. In addition to the complexities that necessitated sufficient words for the Original Motion for Preliminary Injunction, the addition of new parties will require Plaintiffs to articulate how each additional Plaintiff has standing to assert claims for each challenged aspect of S.B. 12 against the existing Defendants.

Because of the complexities of this case and the addition of new parties, Plaintiffs respectfully request that the Court grant leave to exceed the word limit for the Amended Motion for Preliminary Injunction up to 32,000 words. Plaintiffs make this request so that justice and efficiency may be served by ensuring that each issue necessary for the Court to determine the propriety of injunctive relief is fully and adequately briefed. All Defendants have indicated that they are unopposed to this request.

Respectfully submitted,

*/s/Brian Klosterboer*
Brian Klosterboer,
attorney-in-charge

Shawn Thomas Meerkamper*
California State Bar No. 296964
Megan Z. F. Noor*
California Bar No. 359480
Dale Melchert*
California Bar No. 362885
New York Bar No. 5366554
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Nicholas O. Kennedy
Texas Bar No. 24087841
M. Michelle Hartmann
Texas Bar No. 24032402
BAKER MCKENZIE LLP
1900 N. Pearl, Suite 1500
Dallas, TX 75201
Tel: (214) 978-3000
nicholas.kennedy@bakermckenzie.com
michelle.hartmann@bakermckenzie.com

Angela C. Vigil*
Florida Bar No. 38627
830 Brickell Plaza, Suite 310
Miami, FL 33131
Tel: (305) 789-8900
angela.vigil@bakermkenzie.com

Andrew P. Crousore*
California Bar #202195
600 Hansen Way
Palo Alto, CA 94304
Tel: (650) 856-5508
drew.crousore@bakermckenzie.com

TX Bar No. 24107833,
SDTX No. 3314357
Charelle Lett
TX Bar No. 24139900,
SDTX No. 3908204
Ashley Harris
TX Bar No. 24123238,
SDTX No. 3879706
Sarah Corning
TX Bar No. 24144442,
SDTX No. 3904827
Chloe Kempf
TX Bar No. 24127325,
SDTX No. 3852674
Thomas Buser-Clancy
TX Bar No. 24078344,
SDTX No. 1671940
Edgar Saldivar
TX Bar No. 24038188,
SDTX No. 618958
Adriana Piñon
TX Bar No. 24089768,
SDTX No. 1829959

ACLU FOUNDATION
OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
bklosterboer@aclutx.org
clett@aclutx.org
aharris@aclutx.org
scorning@aclutx.org
ckempf@aclutx.org
tbuserclancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

3

John Treat*
California Bar #5696778
1025 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Tel: (310) 201-4728
john.treat@bakermckenzie.com

James A. Gilmore*
DC Bar #1736415
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (22)452-7000
james.gilmore@bakermckenzie.com

*Motion for pro hac vice pending or forthcoming

## CERTIFICATE OF CONFERENCE

Counsel has conferred with all parties about the relief requested by this Motion, and each Defendant is unopposed.

*/s/ Brian Klosterboer*
Brian Klosterboer

## CERTIFICATE OF COMPLIANCE

Per the Court's local rules, this Motion contains 327 words.

*/s/ Brian Klosterboer*
Brian Klosterboer

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of September 2025, a copy of the foregoing document was served via the Court's electronic filing system to all counsel of record and will be emailed to any counsel who have not yet appeared.

*/s/ Brian Klosterboer*
Brian Klosterboer
