United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA Network, et al., | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| Mike Morath, et al., | § | |
| Defendants. | § | |

SCHEDULING ORDER

The following schedule will control disposition of Plaintiffs' Motion for Preliminary Injunction (Dkt. 10) and any amended Motion for Preliminary Injunction.

1.  **09/16/2025**    DEADLINE FOR PLAINTIFFS TO AMEND COMPLAINT AND/OR MOTION FOR PRELIMINARY INJUNCTION.

Plaintiffs must seek leave of Court and show good cause to amend after this date.

2.  **10/16/2025**    DEADLINE FOR DEFENDANTS' RESPONSIVE PLEADINGS

Defendants' responsive pleadings are due, including answers and/or motions to dismiss, as well as responses to Plaintiffs' Motion for Preliminary Injunction.

3.  **11/05/2025**    DEADLINE FOR PLAINTIFFS' REPLY AND RESPONSES

Plaintiffs' Reply in support of the Motion for Preliminary Injunction is due, along with responses to any motions to dismiss.

4.  **11/25/2025**    PRELIMINARY INJUNCTION HEARING

The Court schedules a preliminary injunction hearing at 2:30 pm. The Parties shall

confer and advise the Court on estimated number
of witnesses and length of hearing on or before Oct.
27.


Signed on September 15, 2025, at Houston, Texas.


Hon. Charles Eskridge
United States District Judge