UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| GSA Network, et al.<br>Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:25−cv−04090 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Mike Morath, et al.<br>Defendant. | §<br>§ | |

NOTICE OF RESETTING

Take notice that the Injunction Hearing set for 11/25/2025, has been RESET as follows:

Wednesday, November 19, 2025, at 02:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002