United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GSA NETWORK, STUDENTS ENGAGED IN ADVANDING TEXAS, REBECCA ROE**, by and through her next friend, **RUTH ROE**, and **POLLY POE**, *Plaintiffs*, <br><br> v. <br><br> **MIKE MORATH**, in his official capacity as Commissioner of the Texas Education Agency, **HOUSTON INDEPENDENT SCHOOL DISTRICT, KATY INDEPENDENT SCHOOL DISTRICT,** and **PLANO INDEPENDENT SCHOOL DISTRICT**, *Defendants*. | **Civil Action No. 4:25-cv-04090** |

### ORDER GRANTING DEFENDANT MORATH'S MOTION TO RESET HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

REMEMBERED that on this day, the Court considered Defendant's, Mike Morath, in his official capacity as Commissioner of the Texas Education Agency, Motion to Reset Hearing on Plaintiffs' Motion for Preliminary Injunction. After consideration of the Motion, evidence and argument of counsel, if any, the Court has found it meritorious. Therefore, the Motion to Reset Hearing should in all things be GRANTED.

IT IS THEREFORE ORDERED that Defendant Morath's Motion to Reset Hearing on Plaintiffs' Motion for Preliminary Injunction is hereby GRANTED, and the Preliminary Injunction hearing be reset to December 1, 2025 at 2:30 pm.

*/s/ Charles Eskridge*
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE