**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **GSA NETWORK, STUDENTS ENGAGED IN ADVANCING TEXAS, TEXAS AFT, REBECCA ROE BY AND THROUGH HER NEXT OF FRIEND, RUTH ROE, ADRIAN MOORE, BY AND THROUGH HIS NEXT FRIEND, JULIE JOHNSON, AND POLLY POE,** | § § § § § § § § § | |
| *Plaintiffs,* | § § | |
| **vs.** | § § | **Civil Action No. 4:25-cv-04090** |
| **MIKE MORATH, IN AN OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS EDUCATION AGENCY, HOUSTON INDEPENDENT SCHOOL DISTRICT, KATY INDEPENDENT SCHOOL DISTRICT, AND PLANO INDEPENDENT SCHOOL DISTRICT,** | § § § § § § § § § | |
| *Defendants.* | § § | |

**DEFENDANT PLANO INDEPENDENT SCHOOL DISTRICT'S
ORIGINAL ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Plano Independent School District ("PISD") files the following original answer to Plaintiffs' First Amended Complaint [Dkt. 32].

1.      PISD admits the allegations in the first sentence of ¶ 1 of the Amended Complaint (all paragraph references that follow refer to Plaintiffs' First Amended Complaint). PISD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in ¶ 1.

2.      PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 2 (the third sentence in ¶ 2 is too vague to admit or deny).

3.      PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 3.

4.      PISD admits that the parties are correctly named as alleged in ¶ 4.

**I.      Jurisdiction and Venue**

5.      PISD admits the jurisdictional statements alleged in ¶ 5.

6.      PISD admits the allegations in ¶ 6.

7.      PISD admits that at least one Defendant resides in this District as alleged in ¶ 7, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in ¶ 7. However, PISD admits that Polly Poe is a resident of Texas.

8.      PISD admits the allegations in ¶ 8.

9.      PISD admits the allegations in ¶ 9.

**II.     Parties**

10.     PISD admits the allegations in ¶ 10.

11.     PISD admits the allegations in the first and last sentences of ¶ 11. PISD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in ¶ 11.

12.     PISD admits the allegations in ¶ 12.

13.     PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 13.

14.     PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 14.

15.     With respect to ¶ 15, PISD admits that Polly Poe is a teacher in Plano ISD. PISD lacks knowledge or information sufficient to form a belief about the truth of the allegation that Poe

was recently an advisor to a GSA club because PISD has no record that an application was submitted to form a GSA club for the 2024-2025 or 2025-2026 school year at the school where Poe teaches.

16.     PISD admits the allegations in ¶ 16.

17.     PISD admits the allegations in ¶17.

18.     PISD admits the allegations in ¶18.

19.     PISD admits the allegations in ¶ 19.

## III.   Factual Background

### A.  Senate Bill 12

20.     PISD admits the allegations in ¶ 20.

21.     PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of ¶ 21, but admits the remaining allegations in ¶ 21.

#### i.  GSA Ban

22.     PISD admits the allegations in ¶ 22.

23.     PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 23.

#### ii.  Inclusivity Ban

24.     PISD admits the allegations in ¶ 24.

25.     PISD admits the allegations in the first sentence of ¶ 25, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in ¶ 25.

26.     PISD admits the allegations in ¶ 26.

27.     PISD admits the allegations in ¶ 27.

28.    PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 28.

29.    PISD admits the allegations in ¶ 29.

### iii. Social Transition Ban

30.    PISD admits the allegations in ¶ 30.

31.    PISD admits the allegations in the first sentence of ¶ 31, but lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in ¶ 31.

### iv. Don't Say LGBTQ+ Ban

32.    PISD admits the allegations in ¶ 32.

33.    PISD admits the allegations in ¶ 33.

34.    PISD admits the allegations in ¶ 34.

## B. Enforcement Mechanisms

35.    PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in the first sentence of ¶ 35, but admits the remaining allegations in ¶ 35.

36.    PISD admits the allegations in ¶ 36.

37.    PISD admits the allegations in ¶ 37.

38.    PISD admits the allegations in ¶ 38.

39.    PISD admits the allegations in the first two sentences of ¶ 39, but lacks knowledge or information sufficient to form a belief about the truth of the allegations in the final sentence of ¶ 39.

40.    PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 40, but states that Plaintiffs have correctly quoted the statute.

41.     PISD lacks knowledge or information sufficient to form a belief about the truth of the allegations in ¶ 41, but states that Plaintiffs have correctly cited to the statute.

42.      PISD admits the allegations in ¶ 42.

43.     PISD admits the allegations in ¶ 43.

44.     PISD admits the allegations in ¶ 44.

45.     PISD admits the allegations in ¶ 45.

46.     PISD admits the allegations in ¶ 46.

47.     PISD admits that it is attempting to comply with SB 12 as alleged in ¶ 47, but otherwise lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 47.

48.     PISD admits that it is following SB 12 to the best of its ability, but denies that it has adopted formal policies on implementing SB 12 as alleged in ¶ 48. Otherwise, ¶ 48 is denied.

**C.  Legislative History of S.B. 12**

49.     PISD admits the allegations in ¶ 49.

50.     PISD admits the allegations in ¶ 50.

51.     PISD admits the allegations in ¶ 51.

52.     PISD admits the allegations in ¶ 52.

53.     PISD admits the allegations in ¶ 53, except that PISD lacks knowledge or information sufficient to form a belief about the motivations of the lawmakers described in ¶ 53.

54.     PISD admits the allegations in ¶ 54.

55.     PISD admits the allegations in ¶ 53, except that PISD lacks knowledge or information sufficient to form a belief about the motivations of the lawmakers described in ¶ 55.

56.     PISD admits the allegations in ¶ 56.

57.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 57, but admits that the quotations therein are accurately recited.

58.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 58, but admits that the quotations therein are accurately recited.

59.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 59, but admits that the quotations therein are accurately recited.

60.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 59, but admits that the quotations therein are accurately recited.

61.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 61, but admits that the quotations therein are accurately recited.

62.    PISD admits the first sentence in ¶ 62 but with respect to the remainder admits only that the quotations in ¶ 62 are accurately recited.

63.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 63, but admits that the quotations therein are accurately recited.

64.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 64, but admits that the quotations therein are accurately recited.

65.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 65, but admits that the quotations therein are accurately recited.

66.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 66, but admits that the quotations therein are accurately recited.

67.    PISD admits the allegations in ¶ 67.

68.    PISD admits the allegations in ¶ 68.

69.    PISD admits the allegations in ¶ 69.

### D.  Plaintiffs and Their Harms Under S.B. 12

#### i.  GSA Network

70.     PISD admits the allegations in ¶ 70.

71.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 71.

72.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 72.

73.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 73.

74.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 74.

75.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 75.

76.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 76.

77.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 77.

78.     PISD denies the allegation in ¶ 78. PISD cannot locate any application for the formation of a student GSA club for the 2024-2025 or 2025-2026 school years, and also cannot locate any evidence of such a club being shut down.

79.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 79.

80.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 80.

81.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 81.

82.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 82.

83.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 83.

84.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 84.

85.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 85.

86.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 86.

87.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 87.

88.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 88.

89.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 89.

### ii.  SEAT

90.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 90.

91.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 91.

92.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 92.

93.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 93.

94.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 94.

95.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 95.

96.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 96.

97.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 97.

98.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 98.

99.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 99.

100.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 100.

101.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 101.

102.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 102.

103.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 103.

104.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 104.

105.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 105.

106.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 106.

107.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 107.

108.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 108.

109.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 109.

110.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 110.

111.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 111.

112.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 112.

113.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 113.

114.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 114.

115.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 115.

116.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 116.

117.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 117.

118.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 118.

119.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 119.

120.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 120.

121.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 121.

122.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 122.

### iii. Texas AFT

123.    PISD admits that AFT is a statewide educator's organization, but otherwise lacks knowledge or information sufficient to form a belief about the allegations in ¶ 123.

124.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 124.

125.    PISD admits that AFT has members in Plano ISD, but otherwise lacks knowledge or information sufficient to form a belief about the allegations in ¶ 125.

126.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 126.

127.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 127.

128.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 128.

129.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 129.

130.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 130.

131.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 131.

132.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 132.

133.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 133.

134.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 134.

135.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 135.

136.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 136.

137.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 137.

138.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 138.

139.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 139.

140.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 140.

141.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 141.

### iv.  Rebecca Roe

142.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 142.

143.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 143.

144.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 144.

145.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 145.

146.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 146.

147.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 147.

148.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 148.

149.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 149.

150.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 150.

### v.  Adrian Moore

151.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 151.

152.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 152.

153.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 153.

154.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 154.

155.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 155.

156.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 156.

157.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 157.

158.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 158.

159.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 159.

160.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 160.

161.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 161.

162.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 162.

163.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 163.

164.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 164.

165.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 165.

166.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 166.

167.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 167.

168.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 168.

169.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 169.

170.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 170.

171.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 171.

### vi.  Polly Poe

172.     PISD admits that Polly Poe is a teacher in Plano ISD as alleged in ¶ 172, but lacks knowledge or information sufficient to form a belief about the allegations that Poe is a member of AFT.

173.     With respect to the allegations in ¶ 173, PISD admits that no GSA club has been approved for the 2025-2026 school year at the high school where Poe teachers, and admits that no GSA club would be approved because of SB 12. However, PISD has no record that an application was submitted to form a GSA club for the 2024-2025 or 2025-2026 school year at the school where Poe teaches.

174.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 174.

175.     PISD admits the allegations in ¶ 175.

176.     PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 176.

177.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 177.

178.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 178.

179.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 179.

180.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 180.

181.    PISD lacks knowledge or information sufficient to form a belief about the allegations of the date of the conversation described in ¶ 181 and whether the topic of investigations was discussed. PISD admits the remaining allegations in ¶ 181.

182.    PISD admits the allegations in ¶ 182.

183.    PISD admits the allegations in ¶ 183.

184.    PISD admits the allegations in ¶ 184 except that PISD denies that students' different names cannot be used if a parent provides consent.

185.    PISD admits the allegations in ¶ 185.

186.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 186.

187.    PISD admits the allegations in ¶ 187.

188.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 188.

189.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 189.

190.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 190.

191.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 191.

192.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 192.

193.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 193.

194.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 194. To the extent it answers for ¶ 194, PISD admits that Poe signed the attestation described in ¶ 187.

195.    PISD denies the allegations in ¶ 195.

196.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 196.

197.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 197.

198.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 198.

199.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 199.

200.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 200.

201.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 201.

202.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 202.

203.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 203.

## IV.    Causes of Action

204.    PISD responds to ¶ 204 by incorporating each response above.

**Count One: Viewpoint Discrimination in Violation of the First Amendment, via 42 U.S.C. §1983**

205. – 210.    PISD admits that Plaintiffs bring claims against the Defendants as set forth in ¶ 205 - ¶ 210, but PISD lacks knowledge or information sufficient to form a belief about the remaining allegations in these paragraphs.

### A.  The Challenged Provisions Burden Plaintiffs' Constitutionally Protected Speech

211.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 211.

212.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 212.

213.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 213.

214.    PISD admits that it has adopted a policy as described in the first sentence of ¶ 214. PISD lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 214.

215.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 215.

216.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 216.

217.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 217.

218.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 218.

219.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 219.

220.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 220.

221.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 221.

222.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 222.

223.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 223.

224.    PISD admits that Poe is now prohibited from being the sponsor of a GSA club in PISD as alleged in ¶ 224. PISD lacks knowledge or information sufficient to form a belief about the other allegations in ¶ 224.

**B.  S.B. 12 is Viewpoint-Based**

225.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 225.

226.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 226.

**C.  S.B. 12's Speech Restrictions Cannot Survive Strict Scrutiny**

227.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 215.

228.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 228.

229.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 229.

230.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 230.

231.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 231.

232.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 232.

**Count Two: Vagueness in Violation of the First and Fourteenth Amendments, via 42 U.S.C. §1983**

233. – 238.    PISD admits that Plaintiffs bring claims against the Defendants as set forth in ¶ 233 - ¶ 238, but PISD lacks knowledge or information sufficient to form a belief about the remaining allegations in these paragraphs.

239. PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 239.

240. PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 240.

**A.  GSA Ban**

241. PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 241.

242. PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 242.

243. PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 243.

**B.  Inclusivity Ban**

244. PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 244.

245. PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 245.

246. PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 246.

247. PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 247.

248. PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 248.

249.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 249.

250.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 250.

251.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 251.

252.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 252.

253.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 253.

254.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 254.

**C.  Social Transition Ban**

255.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 255.

256.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 256.

257.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 257.

258.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 258.

259.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 259.

260.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 260.

261.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 261.

**D.  Don't Say LGBTQ+ Ban**

262.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 262.

263.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 263.

264.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 264.

265.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 265.

266.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 266.

267.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 267.

268.    PISD admits that Plaintiffs have accurately quoted the cases cited in ¶ 268, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 268.

**Count Three: Overbreadth in Violation of the First Amendment, via 42 U.S.C. §1983**

269.-274.    PISD admits that Plaintiffs bring claims against the Defendants as set forth in ¶ 269 - ¶ 274, but PISD lacks knowledge or information sufficient to form a belief about the remaining allegations in these paragraphs.

275.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 275.

276.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 276.

277.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 277.

278.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 278.

279.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 279.

280.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 280.

281.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 281.

282.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 282.

283.    PISD admits that Plaintiffs have accurately quoted SB 12, but lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 283.

284.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 284.

**Count Four: Violations of the Equal Access Act, 20 U.S.C. §4071(a)**

285.-287.    PISD admits that Plaintiffs bring claims against the Defendants as set forth in ¶ 285 - ¶ 287, but PISD lacks knowledge or information sufficient to form a belief about the remaining allegations in these paragraphs.

288.    PISD admits that Plaintiffs have accurately quoted the Equal Access Act in ¶ 288.

289.    PISD admits that Plaintiffs have accurately quoted SB 12 in ¶ 289, and admits that it has adopted formal policies pursuant thereto as set forth in ¶ 289. PISD lacks knowledge or information sufficient to form a belief about the remaining allegations in ¶ 289.

290.    PISD admits that it receives federal funding and is required to follow the Equal Access Act as alleged in ¶ 290. PISD has no record that an application was submitted to form a GSA club for the 2024-2025 or 2025-2026 school year at the school where Poe teaches and therefore denies that it "shut down" a GSA club at Poe's school as alleged in ¶ 290.

**Count Five: Violations of the First Amendment Right to Associate, via 42 U.S.C. §1983**

291.-296.    PISD admits that Plaintiffs bring claims against the Defendants as set forth in ¶ 291 - ¶ 296, but PISD lacks knowledge or information sufficient to form a belief about the remaining allegations in these paragraphs.

297.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 297.

298.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 298.

299.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 299.

**Count Six: Violations of the First Amendment's Prohibition of Prior Restraints, via 42 U.S.C. §1983**

300.-305.    PISD admits that Plaintiffs bring claims against the Defendants as set forth in ¶ 300 - ¶ 305, but PISD lacks knowledge or information sufficient to form a belief about the remaining allegations in these paragraphs.

306.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 306.

307.    PISD admits that Plaintiffs have accurately stated the law in ¶ 307.

308.    PISD admits that Plaintiffs have accurately stated the law in ¶ 308.

309.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 309.

310.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 310.

311.    PISD lacks knowledge or information sufficient to form a belief about the allegations in ¶ 311.

312.-316.    To the extent PISD is required to respond to ¶¶ 312-316, PISD denies that it is liable to Plaintiffs for any of the relief requested, but takes no position with respect to Plaintiffs' request for relief against other parties.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD &
HULLETT, P.C.**

*/s/Lucas C. Henry*
**CHARLES J. CRAWFORD**
State Bar No. 05018900
**LUCAS C. HENRY**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75070
Phone: (214) 544-4000
Fax: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANT PLANO
INDEPENDENT SCHOOL DISTRICT**

## CERTIFICATE OF SERVICE

I certify that on October 16, 2025, a true and correct copy of the foregoing was served on Plaintiffs' counsel through the Court's ECF system.

*/s/Lucas C. Henry*
Lucas C. Henry