IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, et al., | § | |
| | § | |
|     Plaintiffs, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:25-CV-04090 |
| MIKE MORATH, et al., | § | |
| | § | |
|     Defendants. | § | |

## DEFENDANT HOUSTON INDEPENDENT SCHOOL DISTRICT'S
## ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant Houston Independent School District ("HISD") answers Plaintiffs' First Amended Complaint, as follows:

## ANSWER TO ALLEGATIONS

1.    The allegations in Paragraph 1 contain legal conclusions that do not require a response. Certain allegations in Paragraph 1 do not relate to HISD, and HISD lacks sufficient information to admit or deny them. Additionally, Senate Bill No. 12 is the best evidence of its contents.

2.    The allegations in Paragraph 2 contain legal conclusions that do not require a response. Certain allegations in Paragraph 2 do not relate to HISD, and HISD lacks sufficient information to admit or deny them. Additionally, Senate Bill No. 12 is the best evidence of its contents.

3.    The allegations in Paragraph 3 contain legal conclusions that do not require a response. Certain allegations in Paragraph 3 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

4.      HISD admits that Plaintiffs seek the relief stated in Paragraph 4, but HISD denies that it is liable to Plaintiffs for the relief requested.

5.      HISD denies that the Court has subject-matter jurisdiction over Plaintiffs' claims against HISD.  Otherwise, the allegations in Paragraph 5 contain legal conclusions that do not require a response.

6.      The allegations in Paragraph 6 contain legal conclusions that do not require a response.

7.      The allegations in Paragraph 7 contain legal conclusions that do not require a response.  To the extent that a response is required, HISD lacks sufficient information to admit or deny the allegations in Paragraph 7.

8.      The allegations in Paragraph 8 contain legal conclusions that do not require a response.

9.      The allegations in Paragraph 9 contain legal conclusions that do not require a response.

10.     The allegations in Paragraph 10 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

11.     HISD admits that Plaintiff SEAT has asserted claims against HISD.  Certain allegations in Paragraph 11 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 11.

12.     HISD admits that Plaintiff Texas AFT has asserted claims against HISD.  Certain allegations in Paragraph 12 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 12.

2

13.    HISD admits that Plaintiff Rebecca Roe has asserted claims against HISD.  Certain allegations in Paragraph 13 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 13.

14.    The allegations in Paragraph 14 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

15.    The allegations in Paragraph 15 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

16.    The allegations in Paragraph 16 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

17.    HISD admits the allegations in Paragraph 17.

18.    The allegations in Paragraph 18 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

19.    The allegations in Paragraph 19 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

20.    HISD admits that Texas Governor Greg Abbott signed Senate Bill No. 12 on June 20, 2025.  HISD admits that Senate Bill No. 12 took effect on September 1, 2025.  Otherwise, the allegations in Paragraph 20 do not relate to HISD and contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

21.    The allegations in Paragraph 21 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

22.    The allegations in Paragraph 22 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

23.     The allegations in Paragraph 23 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

24.     The allegations in Paragraph 24 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

25.     The allegations in Paragraph 25 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

26.     The allegations in Paragraph 26 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

27.     The allegations in Paragraph 27 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

28.     The allegations in Paragraph 28 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

29.     The allegations in Paragraph 29 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

30.     The allegations in Paragraph 30 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

31.     The allegations in Paragraph 31 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

32.     The allegations in Paragraph 32 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

33.     The allegations in Paragraph 33 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

34.     The allegations in Paragraph 34 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

35.     The allegations in Paragraph 35 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

36.     The allegations in Paragraph 36 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

37.     The allegations in Paragraph 37 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

38.     The allegations in Paragraph 38 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

39.     The allegations in Paragraph 39 contain legal conclusions that do not require a response.  Additionally, the statutes cited are the best evidence of their contents.

40.     The allegations in Paragraph 40 contain legal conclusions that do not require a response.  Additionally, the statutes cited are the best evidence of their contents.

41.     The allegations in Paragraph 41 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

42.     The allegations in Paragraph 42 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, website materials maintained by the Texas Education Agency are the best evidence of their contents.

43.     The allegations in Paragraph 43 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

44.     The allegations in Paragraph 44 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

45.     The allegations in Paragraph 45 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

46.     The allegations in Paragraph 46 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

47.     The allegations in Paragraph 47 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

48.     With respect to the allegations in Paragraph 48, HISD denies that its board has adopted policies regarding Senate Bill No. 12.  There are other allegations in Paragraph 48 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 48 contain legal conclusions that do not require a response.  Finally, the legal opinions cited are the best evidence of their contents.

49.     The allegations in Paragraph 49 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

50.     The allegations in Paragraph 50 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

51.     The allegations in Paragraph 51 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

52.     The allegations in Paragraph 52 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

53.     The allegations in Paragraph 53 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

54.     The allegations in Paragraph 54 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

55.     The allegations in Paragraph 55 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

56.     The allegations in Paragraph 56 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

57.     The allegations in Paragraph 57 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

58.     The allegations in Paragraph 58 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

59.     The allegations in Paragraph 59 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

60.     The allegations in Paragraph 60 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

61.     The allegations in Paragraph 61 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

62.     The allegations in Paragraph 62 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

63.     The allegations in Paragraph 63 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

64.     The allegations in Paragraph 64 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

65.     The allegations in Paragraph 65 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

66. The allegations in Paragraph 66 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

67. The allegations in Paragraph 67 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

68. HISD admits that Texas Governor Greg Abbott signed Senate Bill No. 12 on June 20, 2025.

69. HISD admits that Senate Bill No. 12 took effect on September 1, 2025. Otherwise, the allegations in Paragraph 69 contain legal conclusions that do not require a response. Additionally, Senate Bill No. 12 is the best evidence of its contents.

70. The allegations in Paragraph 70 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

71. The allegations in Paragraph 71 do not relate to HISD, and HISD lacks sufficient information to admit or deny them. Additionally, certain allegations in Paragraph 71 contain legal conclusions that do not require a response.

72. The allegations in Paragraph 72 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

73. The allegations in Paragraph 73 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

74. The allegations in Paragraph 74 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

75. The allegations in Paragraph 75 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

76.    The allegations in Paragraph 76 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

77.    The allegations in Paragraph 77 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

78.    The allegations in Paragraph 78 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

79.    The allegations in Paragraph 79 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

80.    The allegations in Paragraph 80 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

81.    The allegations in Paragraph 81 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 81 contain legal conclusions that do not require a response.

82.    The allegations in Paragraph 82 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

83.    The allegations in Paragraph 83 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 83 contain legal conclusions that do not require a response.

84.    The allegations in Paragraph 84 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 84 contain legal conclusions that do not require a response.  Finally, Senate Bill No. 12 is the best evidence of its contents.

85.    The allegations in Paragraph 85 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 85 contain legal conclusions that do not require a response.  Finally, Senate Bill No. 12 is the best evidence of its contents.

86.    The allegations in Paragraph 86 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 86 contain legal conclusions that do not require a response.  Finally, Senate Bill No. 12 is the best evidence of its contents.

87.    The allegations in Paragraph 87 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

88.    The allegations in Paragraph 88 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

89.    The allegations in Paragraph 89 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 89 contain legal conclusions that do not require a response.

90.    The allegations in Paragraph 90 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

91.    HISD admits that Plaintiff SEAT has asserted claims against HISD and seeks the relief stated in Paragraph 91.  Certain allegations in Paragraph 91 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 91.

92.    The allegations in Paragraph 92 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

93.     The allegations in Paragraph 93 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

94.     The allegations in Paragraph 94 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

95.     The allegations in Paragraph 95 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

96.     The allegations in Paragraph 96 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

97.     The allegations in Paragraph 97 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

98.     The allegations in Paragraph 98 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

99.     The allegations in Paragraph 99 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

100.    The allegations in Paragraph 100 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

101.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 101.

102.    The allegations in Paragraph 102 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

103.    The allegations in Paragraph 103 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

104.    The allegations in Paragraph 104 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

105.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 105.

106.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 106.

107.    The allegations in Paragraph 107 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

108.    The allegations in Paragraph 108 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

109.    The allegations in Paragraph 109 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

110.    The allegations in Paragraph 110 contain legal conclusions that do not require a response.

111.    The allegations in Paragraph 111 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

112.    The allegations in Paragraph 112 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 112 contain legal conclusions that do not require a response.

113.    The allegations in Paragraph 113 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

114.    The allegations in Paragraph 114 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 114 contain legal

conclusions that do not require a response.  Finally, Senate Bill No. 12 is the best evidence of its contents.

115.    The allegations in Paragraph 115 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

116.    The allegations in Paragraph 116 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 116 contain legal conclusions that do not require a response.

117.    The allegations in Paragraph 117 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 117 contain legal conclusions that do not require a response.

118.    The allegations in Paragraph 118 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

119.    The allegations in Paragraph 119 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 119 contain legal conclusions that do not require a response.

120.    The allegations in Paragraph 120 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

121.    The allegations in Paragraph 121 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

122.    The allegations in Paragraph 122 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

123.    The allegations in Paragraph 123 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

124.    HISD admits that Plaintiff Texas AFT has asserted claims against HISD and seeks the relief stated in Paragraph 124.  Certain allegations in Paragraph 124 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 124.

125.    The allegations in Paragraph 125 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

126.    The allegations in Paragraph 126 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 126 contain legal conclusions that do not require a response.

127.    The allegations in Paragraph 127 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

128.    The allegations in Paragraph 128 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

129.    The allegations in Paragraph 129 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 129 contain legal conclusions that do not require a response.

130.    The allegations in Paragraph 130 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 130 contain legal conclusions that do not require a response.

131.    The allegations in Paragraph 131 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 131 contain legal conclusions that do not require a response.

132.    The allegations in Paragraph 132 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 132 contain legal conclusions that do not require a response.

133.    The allegations in Paragraph 133 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 133 contain legal conclusions that do not require a response.

134.    The allegations in Paragraph 134 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 134 contain legal conclusions that do not require a response.

135.    The allegations in Paragraph 135 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 135 contain legal conclusions that do not require a response.

136.    The allegations in Paragraph 136 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 136 contain legal conclusions that do not require a response.

137.    The allegations in Paragraph 137 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 137 contain legal conclusions that do not require a response.

138.    The allegations in Paragraph 138 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 138 contain legal conclusions that do not require a response.

139.    The allegations in Paragraph 139 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 139 contain legal conclusions that do not require a response.

140.    The allegations in Paragraph 140 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 140 contain legal conclusions that do not require a response.

141.    The allegations in Paragraph 141 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

142.    HISD admits that Plaintiff Rebecca Roe has asserted claims against HISD.  HISD lacks sufficient information to admit or deny the remaining allegations in Paragraph 142.

143.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 143.

144.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 144.

145.    HISD admits that Plaintiff Rebecca Roe seeks the relief stated in Paragraph 145. HISD lacks sufficient information to admit or deny the remaining allegations in Paragraph 145. Additionally, certain allegations in Paragraph 145 contain legal conclusions that do not require a response.

146.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 146.

147.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 147.  Additionally, certain allegations in Paragraph 147 contain legal conclusions that do not require a response.

148.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 148.

149.    HISD admits that it has not adopted any policy or formal guidance regarding S.B. 12.  HISD lacks sufficient information to admit or deny the remaining allegations in Paragraph 149.  Additionally, certain allegations in Paragraph 149 contain legal conclusions that do not require a response.

150.    HISD lacks sufficient information to admit or deny the allegations of Paragraph 150.  Additionally, certain allegations in Paragraph 150 contain legal conclusions that do not require a response.

151.    The allegations in Paragraph 151 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

152.    The allegations in Paragraph 152 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

153.    The allegations in Paragraph 153 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

154.    The allegations in Paragraph 154 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

155.    The allegations in Paragraph 155 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

156.    The allegations in Paragraph 156 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

157.    The allegations in Paragraph 157 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

158.    The allegations in Paragraph 158 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

159.    The allegations in Paragraph 159 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

160.    The allegations in Paragraph 160 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

161.    The allegations in Paragraph 161 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

162.    The allegations in Paragraph 162 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

163.    The allegations in Paragraph 163 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 163 contain legal conclusions that do not require a response.

164.    The allegations in Paragraph 164 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

165.    The allegations in Paragraph 165 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

166.    The allegations in Paragraph 166 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

167.    The allegations in Paragraph 167 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

168.    The allegations in Paragraph 168 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 168 contain legal conclusions that do not require a response.

169.    The allegations in Paragraph 169 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

170.    The allegations in Paragraph 170 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

171.    The allegations in Paragraph 171 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

172.    The allegations in Paragraph 172 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

173.    The allegations in Paragraph 173 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

174.    The allegations in Paragraph 174 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

175.    The allegations in Paragraph 175 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

176.    The allegations in Paragraph 176 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 176 contain legal conclusions that do not require a response.

177.    The allegations in Paragraph 177 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

178.    The allegations in Paragraph 178 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

179.    The allegations in Paragraph 179 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

180.    The allegations in Paragraph 180 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

181.    The allegations in Paragraph 181 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

182.    The allegations in Paragraph 182 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

183.    The allegations in Paragraph 183 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

184.    The allegations in Paragraph 184 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

185.    The allegations in Paragraph 185 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

186.    The allegations in Paragraph 186 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

187.    The allegations in Paragraph 187 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

188.    The allegations in Paragraph 188 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

189.    The allegations in Paragraph 189 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

190.    The allegations in Paragraph 190 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

191.    The allegations in Paragraph 191 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

192.    The allegations in Paragraph 192 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

193.    The allegations in Paragraph 193 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

194.    The allegations in Paragraph 194 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

195.    The allegations in Paragraph 195 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

196.    The allegations in Paragraph 196 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 196 contain legal conclusions that do not require a response.

197.    The allegations in Paragraph 197 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 197 contain legal conclusions that do not require a response.

198.    The allegations in Paragraph 198 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 198 contain legal conclusions that do not require a response.

199.    The allegations in Paragraph 199 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 199 contain legal conclusions that do not require a response.

200.    The allegations in Paragraph 200 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 200 contain legal conclusions that do not require a response.

201.    The allegations in Paragraph 201 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 201 contain legal conclusions that do not require a response.

202.    The allegations in Paragraph 202 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

203.    The allegations in Paragraph 203 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 203 contain legal conclusions that do not require a response.

204.    HISD re-alleges and incorporates by reference all the above responses to Plaintiffs' allegations, as if fully set forth herein.

205.    The allegations in Paragraph 205 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 205 contain legal conclusions that do not require a response.

206.    HISD admits that Plaintiff SEAT has asserted claims against HISD.   Certain allegations in Paragraph 206 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 206.

207.    HISD admits that Plaintiff Texas AFT has asserted claims against HISD.  Certain allegations in Paragraph 207 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 207.

208.    HISD admits that Plaintiff Rebecca Roe has asserted claims against HISD.  Certain allegations in Paragraph 208 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise the allegations in Paragraph 208.

209.    The allegations in Paragraph 209 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 209 contain legal conclusions that do not require a response.

210.    The allegations in Paragraph 210 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 210 contain legal conclusions that do not require a response.

211.    The allegations in Paragraph 211 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

212.    The allegations in Paragraph 212 contain legal conclusions that do not require a response.

213.    The allegations in Paragraph 213 contain legal conclusions that do not require a response.

214.    HISD admits that it has adopted the HISD policy referenced in Paragraph 214 and footnote 55.  The policy is the best evidence of its contents.  The remaining allegations in Paragraph 214 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 214 contain legal conclusions that do not require a response.

215.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 215 about GSA Network's activities.   The remaining allegations in Paragraph 215 contain legal conclusions that do not require a response.

216.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 216 about GSA Network's activities.   The remaining allegations in Paragraph 216 contain legal conclusions that do not require a response.

217.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 217 about GSA Network's activities.   The remaining allegations in Paragraph 217 contain legal conclusions that do not require a response.

218.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 218 about SEAT's activities.   The remaining allegations in Paragraph 218 contain legal conclusions that do not require a response.

219.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 219 about SEAT's activities.   The remaining allegations in Paragraph 219 contain legal conclusions that do not require a response.

220.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 220 about Texas AFT's activities.   The remaining allegations in Paragraph 220 contain legal conclusions that do not require a response.

221.    HISD lacks sufficient information to admit or deny the allegations in Paragraph 221 about Texas AFT's activities.   The remaining allegations in Paragraph 221 contain legal conclusions that do not require a response.

222.     HISD lacks sufficient information to admit or deny the allegations in Paragraph 222 about Rebecca Roe's activities.   The remaining allegations in Paragraph 222 contain legal conclusions that do not require a response.

223.     HISD lacks sufficient information to admit or deny the allegations in Paragraph 223 about Adrian Moore's activities.   The remaining allegations in Paragraph 223 contain legal conclusions that do not require a response.

224.     HISD lacks sufficient information to admit or deny the allegations in Paragraph 224 about Polly Poe's activities.  The remaining allegations in Paragraph 224 contain legal conclusions that do not require a response.

225.     The allegations in Paragraph 225 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

226.     The allegations in Paragraph 226 contain legal conclusions that do not require a response.

227.     The allegations in Paragraph 227 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

228.     The allegations in Paragraph 228 contain legal conclusions that do not require a response.

229.     The allegations in Paragraph 229 contain legal conclusions that do not require a response.

230.     The allegations in Paragraph 230 contain legal conclusions that do not require a response.

231.     The allegations in Paragraph 231 contain legal conclusions that do not require a response.

232.    The allegations in Paragraph 232 contain legal conclusions that do not require a response.

233.    The allegations in Paragraph 233 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 233 contain legal conclusions that do not require a response.

234.    HISD admits that Plaintiff SEAT has asserted claims against HISD.  Certain allegations in Paragraph 234 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 234.

235.    HISD admits that Plaintiff Texas AFT has asserted claims against HISD.  Certain allegations in Paragraph 235 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 235.

236.    HISD admits that Plaintiff Rebecca Roe has asserted claims against HISD.  Certain allegations in Paragraph 236 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 236.

237.    The allegations in Paragraph 237 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 237 contain legal conclusions that do not require a response.

238.    The allegations in Paragraph 238 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 238 contain legal conclusions that do not require a response.

239.    The allegations in Paragraph 239 contain legal conclusions that do not require a response.  Additionally, the legal opinions cited are the best evidence of their contents.

240.    The allegations in Paragraph 240 contain legal conclusions that do not require a response.  Additionally, the legal opinions cited are the best evidence of their contents.

241.    The allegations in Paragraph 241 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

242.    The allegations in Paragraph 242 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

243.    The allegations in Paragraph 243 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

244.    The allegations in Paragraph 244 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

245.    The allegations in Paragraph 245 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

246.    The allegations in Paragraph 246 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

247.    The allegations in Paragraph 247 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

248.    The allegations in Paragraph 248 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

249.    The allegations in Paragraph 249 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

250.    The allegations in Paragraph 250 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

251.    The allegations in Paragraph 251 contain legal conclusions that do not require a response. Additionally, Senate Bill No. 12 is the best evidence of its contents.

252.    The allegations in Paragraph 252 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

253.    The allegations in Paragraph 253 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

254.    The allegations in Paragraph 254 contain legal conclusions that do not require a response.

255.    The allegations in Paragraph 255 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

256.    The allegations in Paragraph 256 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

257.    The allegations in Paragraph 257 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

258.    Certain allegations in Paragraph 258 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Otherwise, the allegations in Paragraph 258 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

259.    The allegations in Paragraph 259 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

260.    The allegations in Paragraph 260 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

261.    The allegations in Paragraph 261 contain legal conclusions that do not require a response.

262.    The allegations in Paragraph 262 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

263.    The allegations in Paragraph 263 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

264.    The allegations in Paragraph 264 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

265.    The allegations in Paragraph 265 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

266.    The allegations in Paragraph 266 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

267.    The allegations in Paragraph 267 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

268.    The allegations in Paragraph 268 contain legal conclusions that do not require a response.  Additionally, the legal opinions cited are the best evidence of their contents.

269.    The allegations in Paragraph 269 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 269 contain legal conclusions that do not require a response.

270.    HISD admits that Plaintiff SEAT has asserted claims against HISD.  Certain allegations in Paragraph 270 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 270.

271.    HISD admits that Plaintiff Texas AFT has asserted claims against HISD.  Certain allegations in Paragraph 271 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 271.

272.    HISD admits that Plaintiff Rebecca Roe has asserted claims against HISD.  Certain allegations in Paragraph 272 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 272.

273.    The allegations in Paragraph 273 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 273 contain legal conclusions that do not require a response.

274.    The allegations in Paragraph 274 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 274 contain legal conclusions that do not require a response.

275.    The allegations in Paragraph 275 contain legal conclusions that do not require a response.

276.    The allegations in Paragraph 276 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 276 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

277.    The allegations in Paragraph 277 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

278.    The allegations in Paragraph 278 contain legal conclusions that do not require a response.  Additionally, Senate Bill No. 12 is the best evidence of its contents.

279.    The allegations in Paragraph 279 contain legal conclusions that do not require a response.

280.    The allegations in Paragraph 280 contain legal conclusions that do not require a response. Additionally, Senate Bill No. 12 is the best evidence of its contents.

281.    The allegations in Paragraph 281 contain legal conclusions that do not require a response.

282.    The allegations in Paragraph 282 contain legal conclusions that do not require a response. Additionally, Senate Bill No. 12 is the best evidence of its contents.

283.    The allegations in Paragraph 283 contain legal conclusions that do not require a response. Additionally, Senate Bill No. 12 is the best evidence of its contents.

284.    The allegations in Paragraph 284 contain legal conclusions that do not require a response. Additionally, the legal opinion cited is the best evidence of its contents.

285.    The allegations in Paragraph 285 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

286.    HISD admits that Plaintiff Rebecca Roe has asserted claims against HISD.

287.    The allegations in Paragraph 287 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

288.    The allegations in Paragraph 288 contain legal conclusions that do not require a response.

289.    HISD admits that it has adopted the HISD policy referenced in Paragraph 214 and footnote 55. The policy is the best evidence of its contents. Otherwise, the allegations in Paragraph 289 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.

Additionally, certain allegations in Paragraph 289 contain legal conclusions that do not require a response.

290.    HISD admits that it receives certain federal funding.  Certain allegations in Paragraph 290 do not relate to HISD, and HISD lacks sufficient information to admit or deny them. Additionally, certain allegations in Paragraph 290 contain legal conclusions that do not require a response.

291.    The allegations in Paragraph 291 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, certain allegations in Paragraph 291 contain legal conclusions that do not require a response.

292.    HISD admits that Plaintiff SEAT has asserted claims against HISD.  Certain allegations in Paragraph 292 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 292.

293.    HISD admits that Plaintiff Texas AFT has asserted claims against HISD.  Certain allegations in Paragraph 293 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 293.

294.    HISD admits that Plaintiff Rebecca Roe has asserted claims against HISD.  HISD otherwise denies the allegations in Paragraph 294.

295.    The allegations in Paragraph 295 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 295 contain legal conclusions that do not require a response.

296.    The allegations in Paragraph 296 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 296 contain legal conclusions that do not require a response.

297.    The allegations in Paragraph 297 contain legal conclusions that do not require a response.

298.    The allegations in Paragraph 298 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

299.    The allegations in Paragraph 299 contain legal conclusions that do not require a response.

300.    The allegations in Paragraph 300 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 300 contain legal conclusions that do not require a response.

301.    HISD admits that Plaintiff SEAT has asserted claims against HISD.  Certain allegations in Paragraph 301 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 301.

302.    HISD admits that Plaintiff Texas AFT has asserted claims against HISD.  Certain allegations in Paragraph 302 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 293.

303.    HISD admits that Plaintiff Rebecca Roe has asserted claims against HISD.  Certain allegations in Paragraph 303 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  HISD otherwise denies the allegations in Paragraph 303.

304.    The allegations in Paragraph 304 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 304 contain legal conclusions that do not require a response.

305.    The allegations in Paragraph 305 do not relate to HISD, and HISD lacks sufficient information to admit or deny them.  Additionally, the allegations in Paragraph 305 contain legal conclusions that do not require a response.

306.    The allegations in Paragraph 306 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

307.    The allegations in Paragraph 307 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

308.    The allegations in Paragraph 308 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

309.    The allegations in Paragraph 309 contain legal conclusions that do not require a response.

310.    The allegations in Paragraph 310 contain legal conclusions that do not require a response.  Additionally, the legal opinion cited is the best evidence of its contents.

311.    The allegations in Paragraph 311 contain legal conclusions that do not require a response.  Additionally, the legal opinions cited are the best evidence of their contents.

312.    HISD admits that Plaintiffs seek the relief identified in Paragraph 312 but denies that it is liable to the Plaintiffs for any of the relief requested.

313.    HISD admits that Plaintiffs seek the relief identified in Paragraph 313 but denies that it is liable to the Plaintiffs for any of the relief requested.

314.    HISD admits that Plaintiffs seek the relief identified in Paragraph 314 but denies that it is liable to the Plaintiffs for any of the relief requested.

315.    HISD admits that Plaintiffs seek the relief identified in Paragraph 315 but denies that it is liable to the Plaintiffs for any of the relief requested.

316.    The allegations in Paragraph 316 do not relate to HISD.

317.    HISD admits that Plaintiffs seek the relief identified in Paragraph 317 but denies that it is liable to the Plaintiffs for any of the relief requested.

318.    HISD admits that Plaintiffs seek the relief identified in Paragraph 318 but denies that it is liable to the Plaintiffs for any of the relief requested.

## AFFIRMATIVE AND OTHER DEFENSES

In asserting the following defenses, HISD does not admit to having the burden of proving the allegations or denials contained therein, but instead asserts that the Plaintiffs bear the burden of proving the facts relevant to many of the defenses and the burden of proving the inverse of the allegations contained in many of the defenses.  Moreover, by asserting any defense, HISD does not admit any liability, but, to the contrary, specifically denies any and all allegations of liability in Plaintiffs' lawsuit.  Without admitting liability as to any of Plaintiffs' causes of action, HISD asserts the following defenses:

1.    The Court lacks subject-matter jurisdiction over Plaintiffs' claims against HISD because Plaintiffs cannot demonstrate, as they are required to do, that they have standing to bring such claims against HISD.  Plaintiffs' alleged injuries are hypothetical and speculative, and they are neither fairly traceable to—nor redressable by—HISD.

2.    The Court lacks subject-matter jurisdiction over Plaintiffs' claims against HISD because such claims are not ripe.  Plaintiffs' claims are contingent on future events that may not occur as anticipated or may not occur at all.

3.    Plaintiffs' claims are barred, in whole or in part, because HISD is not a proper party to this lawsuit.

4.      Plaintiffs' claims are barred, in whole or in part, because HISD cannot be held liable under 42 U.S.C. § 1983 for complying with state law mandates.

5.      Plaintiffs have not stated claims upon which relief can be granted.

**CONCLUSION AND REQUEST FOR RELIEF**

Defendant Houston Independent School District requests that Plaintiffs take nothing on their claims against HISD.  HISD also requests all such other and further relief to which it may show itself to be entitled.

Respectfully submitted,

**BUTLER SNOW LLP**

By: _/s/ Eric J.R. Nichols_
Eric J.R. Nichols
State Bar No. 14994900
Eric.Nichols@butlersnow.com
J.R. Johnson
Texas Bar No. 24070000
JR.Johnson@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT HOUSTON INDEPENDENT SCHOOL DISTRICT**

**CERTIFICATE OF SERVICE**

I certify that on October 16, 2025, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

_/s/ Eric J.R. Nichols_
Eric J.R. Nichols