UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA Network, et al., | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES |
| | § | ESKRIDGE |
| | § | |
| Mike Morath, et al., | § | |
| | § | |
| Defendants. | | |

**JOINT NOTICE AND STIPULATION FOR PRELIMINARY INJUNCTION HEARING**

Pursuant to the Court's Scheduling Order (Dkt. 30), the Parties have conferred regarding witnesses and timing for the Preliminary Injunction Hearing scheduled for Dec. 1 at 2:30 pm.

The Parties jointly stipulate that the declarations submitted with Plaintiffs' Amended Motion for Preliminary Injunction (Dkt. 33) may be entered into evidence without objection for the limited purpose of determining the propriety of preliminary injunctive relief. The Plaintiffs' declarations reflect the sworn testimony that they would deliver if called to testify live, and Defendants reserve the right to cross-examine and challenge Plaintiffs' factual contentions for any other purpose, including but not limited to discovery, summary judgment, and trial. Because the Parties' disagreements for purposes of the preliminary injunction are primarily legal, rather than factual, the

Parties believe that limiting the preliminary injunction hearing to legal argument without live witnesses will preserve judicial economy.

The Parties anticipate needing approximately an hour and a half to two hours per side—Plaintiffs collectively and Defendants collectively—to present their arguments and any rebuttal to the Court.

To the extent that the Court requires live testimony from any witness to aid in making a decision on the Amended Motion for Preliminary Injunction, the Parties respectfully request that they be notified well in advance in order to prepare and make witnesses available following the Thanksgiving holiday.

Respectfully submitted,

/s/ William H. Farrell
William H. Farrell
Assistant Attorney General
Texas Bar No. 00796531
biff.farrell@oag.texas.gov
(512) 979-5561| FAX: (512) 320-0667
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: (512) 463-2120
Fax: (512) 320-0667

**COUNSEL FOR DEFENDANT, MIKE MORATH, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS EDUCATION AGENCY**

/s/Brian Klosterboer
Brian Klosterboer
**Attorney-in-charge for Plaintiffs**
TX Bar No. 24107833,
SDTX No. 3314357
Charelle Lett
TX Bar No. 24139900,
SDTX No. 3908204
Ashley Harris
TX Bar No. 24123238,
SDTX No. 3879706
Sarah Corning
TX Bar No. 24144442,
SDTX No. 3904827
Chloe Kempf
TX Bar No. 24127325,
SDTX No. 3852674
Thomas Buser-Clancy
TX Bar No. 24078344,

**BUTLER SNOW LLP**

By: */s/ Eric J.R. Nichols*
Eric J.R. Nichols
State Bar No. 14994900
Eric.Nichols@butlersnow.com
J.R. Johnson
Texas Bar No. 24070000
JR.Johnson@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT HOUSTON INDEPENDENT SCHOOL DISTRICT**


**THOMPSON & HORTON LLP**

By: */s/ Christopher B. Gilbert*
Christopher B. Gilbert
Texas Bar No. 00787535
cgilbert@thompsonhorton.com
Alexa Gould
Texas Bar No. 24109940
agould@thompsonhorton.com
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6714
Facsimile: (713) 583-8884

**ATTORNEYS FOR DEFENDANT KATY INDEPENDENT SCHOOL DISTRICT**

SDTX No. 1671940
Edgar Saldivar
TX Bar No. 24038188,
SDTX No. 618958
Adriana Piñon
TX Bar No. 24089768,
SDTX No. 1829959

**ACLU FOUNDATION OF TEXAS, INC.**
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
bklosterboer@aclutx.org
clett@aclutx.org
aharris@aclutx.org
scorning@aclutx.org
ckempf@aclutx.org
tbuserclancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

Shawn Thomas Meerkamper*
California State Bar No. 296964
Megan Z. F. Noor*
California Bar No. 359480
Dale Melchert*
California Bar No. 362885
New York Bar No. 5366554
**TRANSGENDER LAW CENTER**
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Nicholas O. Kennedy
Texas Bar No. 24087841

3

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/ Lucas C. Henry*

**CHARLES J. CRAWFORD**
State Bar No. 05018900
**LUCAS C. HENRY**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75070
Phone: (214) 544-4000
Fax: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANT PLANO INDEPENDENT SCHOOL DISTRICT**

M. Michelle Hartmann
Texas Bar No. 24032402
**BAKER MCKENZIE LLP**
1900 N. Pearl, Suite 1500
Dallas, TX 75201
Tel: (214) 978-3000
nicholas.kennedy@bakermckenzie.com
michelle.hartmann@bakermckenzie.com

Angela C. Vigil*
Florida Bar No. 38627
830 Brickell Plaza, Suite 310
Miami, FL 33131
Tel: (305) 789-8900
angela.vigil@bakermkenzie.com

Andrew P. Crousore*
California Bar #202195
600 Hansen Way
Palo Alto, CA 94304
Tel: (650) 856-5508
drew.crousore@bakermckenzie.com
John Treat*
California Bar #5696778
1025 Constellation Blvd., Suite 1850
Los Angeles, CA 90067
Tel: (310) 201-4728
john.treat@bakermckenzie.com

James A. Gilmore*
DC Bar #1736415
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (22)452-7000
james.gilmore@bakermckenzie.com

*Motion for pro hac vice pending or forthcoming

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2025, a copy of the foregoing document was served via the Court's electronic filing system to all counsel of record and will be emailed to any counsel who have not yet appeared.

*/s/ Brian Klosterboer*
Brian Klosterboer