United States District Court
Southern District of Texas
**ENTERED**
November 06, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GSA Network, et al., § | CIVIL ACTION NO. |
| Plaintiffs, § | 4:25-cv-04090 |
| § | |
| v. § | JUDGE CHARLES ESKRIDGE |
| § | |
| Mike Morath, et al., § | |
| Defendants. § | |

**ORDER GRANTING MOTION TO EXCEED WORD COUNT**

Pending before the Court is Plaintiffs' Unopposed Motion to Exceed the Word Count on their forthcoming Omnibus Reply Brief in Support of the Amended Motion for Preliminary Injunction and Response to Defendants' Motions to Dismiss. Upon reviewing the Plaintiffs' Motion, the Court finds that the Motion is hereby **GRANTED**. It is hereby **ORDERED** that Plaintiffs may file a brief not exceeding 10,000 words.

Signed on November 4, 2025, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge