United States District Court

Southern District of Texas

Houston Division

| | | |
|---|---|---|
| GSA Network, et al.<br>　　Plaintiff, | §<br>§<br>§<br>§ | Civil Action No.<br>4:25−cv−04090 |
| vs. | §<br>§<br>§ | Judge Charles Eskridge |
| Mike Morath, et al.<br>　　Defendant. | §<br>§ | |

Notice of Resetting

　　Take notice that the Injunction Hearing set for 12/1/2025, has been RESET as follows:

Wednesday, December 10, 2025, at 09:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002