United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, *et al*, Plaintiffs, | § § § § | CIVIL ACTION NUMBER 4:25-cv-04090 |
| versus | § § § § | JUDGE CHARLES ESKRIDGE |
| MIKE MORATH, *et al*, Defendants. | § § | |

ORDER

The preliminary injunction hearing currently set for December 10, 2025, is RESET for December 18, 2025, at 10:00 am.

All parties have stated availability on such date other than Houston Independent School District. It is noted that Houston ISD simply joined in the arguments briefed by Defendant Mike Morath, with limited additional argument as to its own policies. See Dkt 59. It also states it has not "taken any independent position on the constitutionality or propriety of SB 12." Id at 2. As such, it may of course still be heard at hearing but will need to send counsel with authority to do so, if desired.

SO ORDERED.

Signed on December 5, 2025, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge