Case 4:25-cv-04090   Document 90   Filed 02/20/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, *et al*, | § | CIVIL ACTION NUMBER |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MIKE MORATH, *et al*, | § | |
| Defendants. | § | |

## PRELIMINARY INJUNCTION

In accordance with the opinion and order entered this same day, the following preliminary injunction is now ENTERED.

It is hereby ORDERED that Defendants Houston, Katy, and Plano Independent School Districts, and their officers, agents, affiliates, subsidiaries, employees, successors, and all other persons or entities in active concert or privity or participation with them, are ENJOINED from implementing policies pursuant to Sections 3, 7, 24, and 27 of SB 12, or otherwise enforcing those provisions, during the pendency of this litigation. See Texas Education Code §§11.005, 11.401, 28.0043, 33.0815.

For the avoidance of doubt, nothing in this preliminary injunction shall be construed to compel access to Houston, Katy, and Plano ISD campuses or to alter any preexisting policies governing the procedures by which any group may seek access to school facilities. See Dkt 84 (joint stipulation by Plaintiffs and Houston ISD).

Entry of a bond by Plaintiffs is WAIVED as unnecessary.

So ORDERED.

Signed on February 20, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge