IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, STUDENTS ENGAGED IN ADVANCING TEXAS, TEXAS AFT, REBECCA ROE BY AND THROUGH HER NEXT OF FRIEND, RUTH ROE, ADRIAN MOORE, BY AND THROUGH HIS NEXT FRIEND, JULIE JOHNSON, AND POLLY POE, § § § § § § § § § | | |
| *Plaintiffs*, § § | | |
| vs. § § | Civil Action No. 4:25-cv-04090 | |
| MIKE MORATH, IN AN OFFICIAL CAPACITY AS COMMISSIONER OF THE TEXAS EDUCATION AGENCY, HOUSTON INDEPENDENT SCHOOL DISTRICT, KATY INDEPENDENT SCHOOL DISTRICT, AND PLANO INDEPENDENT SCHOOL DISTRICT, § § § § § § § § § | | |
| *Defendants*. § | | |

**JOINT MOTION FOR ENTRY OF AGREED JUDGMENT AND PERMANENT INJUNCTION BY GSA NETWORK, TEXAS AFT, POLLY POE, AND PLANO ISD**

Plaintiffs Genders and Sexualities Alliance Network ("GSA Network"), Polly Poe ("Poe"), and Texas American Federation of Teachers ("Texas AFT"), joined by Defendant Plano Independent School District ("Plano ISD"), file this Joint Motion for Entry of Agreed Judgment and Permanent Injunction, and request the Court enter the Agreed Judgment and Permanent Injunction filed herewith.

1. Poe is a high school teacher employed by Plano ISD. Dkt. 32, ¶ 172. Poe is a member of Texas AFT, a school employee labor union. *Id*. at ¶¶ 123, 172. GSA Network is a nonprofit organization that advocates for the rights of LGBTQ+ youth alongside clubs in its network. Dkt. 32, ¶ 70. In this suit, GSA Network, Poe, and Texas AFT allege that Plano ISD

enacted policies to comply with Texas Senate Bill 12 ("SB 12," enacted in 2025) that violate the United States Constitution and the Equal Access Act. See Dkt. 32, § IV.

2. Plano ISD filed its Original Answer on October 16, 2025, responding to each of Plaintiffs' factual allegations by admitting, denying, or stating that it lacked sufficient information to admit or deny each. Dkt. 55. Plano ISD also submitted a Response to Plaintiffs' Amended Motion for Preliminary Injunction taking "no position on the constitutionality or propriety of SB 12" and indicating that Plano ISD did not support or oppose the Plaintiffs' request for injunctive relief. Dkt. 56. The Court heard Plaintiffs' Motion for Preliminary Injunction and subsequently issued an order enjoining Plano ISD and the other defendant school districts (Houston ISD and Katy ISD) from "implementing policies pursuant to Sections 3, 7, 24, and 27 of SB 12." Dkt. 90.

3. Plano ISD has fully and finally resolved this dispute with GSA Network, Poe, and Texas AFT. As part of this resolution, Plano ISD, GSA Network, Poe, and Texas AFT respectfully request this Court enter the Agreed Judgment and Permanent Injunction filed herewith.

## PRAYER

For the reasons above, Defendant Plano Independent School District, Plaintiff GSA Network, Plaintiff Polly Poe, and Plaintiff Texas AFT respectfully request this Court GRANT this Motion and ENTER the Agreed Judgment and Permanent Injunction filed herewith.

Respectfully submitted,

**ABERNATHY, ROEDER, BOYD & HULLETT, P.C.**

*/s/Lucas C. Henry*
**CHARLES J. CRAWFORD**
State Bar No. 05018900
**LUCAS C. HENRY**
State Bar No. 24101901
1700 Redbud Blvd., Suite 300
McKinney, Texas 75070
Phone: (214) 544-4000
Fax: (214) 544-4040
ccrawford@abernathy-law.com
lhenry@abernathy-law.com

**ATTORNEYS FOR DEFENDANT PLANO INDEPENDENT SCHOOL DISTRICT**

*/s/Brian Klosterboer*

| | |
|---|---|
| Shawn Thomas Meerkamper | Brian Klosterboer, attorney-in-charge |
| California State Bar No. 296964 | TX Bar No. 24107833, SDTX No. 3314357 |
| Megan Z. F. Noor | Charelle Lett |
| California Bar No. 359480 | TX Bar No. 24139900, SDTX No. 3908204 |
| Dale Melchert | Ashley Harris |
| California Bar No. 362885 | TX Bar No. 24123238, SDTX No. 3879706 |
| New York Bar No. 5366554 | Sarah Corning |
| TRANSGENDER LAW CENTER | TX Bar No. 24144442, SDTX No. 3904827 |
| P.O. Box 70976 | Chloe Kempf |
| Oakland, CA 94612 | TX Bar No. 24127325, SDTX No. 3852674 |
| Tel: 510-587-9696 | Thomas Buser-Clancy |
| shawn@transgenderlawcenter.org | TX Bar No. 24078344, SDTX No. 1671940 |
| megan@transgenderlawcenter.org | Edgar Saldivar |
| dale@transgenderlawcenter.org | TX Bar No. 24038188, SDTX No. 618958 |

Adriana Piñon
TX Bar No. 24089768, SDTX No. 1829959
ACLU FOUNDATION OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
bklosterboer@aclutx.org
clett@aclutx.org
aharris@aclutx.org
scorning@aclutx.org
ckempf@aclutx.org
tbuser-clancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org


Nicholas O. Kennedy
Texas Bar No. 24087841
M. Michelle Hartmann
Texas Bar No. 24032402
BAKER MCKENZIE LLP
1900 N. Pearl, Suite 1500
Dallas, TX 75201
Tel: (214) 978-3000
nicholas.kennedy@bakermckenzie.com
michelle.hartmann@bakermckenzie.com

Angela C. Vigil
Florida Bar No. 38627
830 Brickell Plaza, Suite 310
Miami, FL 33131
Tel: (305) 789-8900
angela.vigil@bakermkenzie.com

Andrew P. Crousore
California Bar #202195
600 Hansen Way
Palo Alto, CA 94304
Tel: (650) 856-5508
drew.crousore@bakermckenzie.com

                                                                                               James A. Gilmore
DC Bar #1736415
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (22)452-7000
james.gilmore@bakermckenzie.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I certify that on March 11, 2026, a true and correct copy of the foregoing was served on all counsel of record through the Court's ECF system.

                                          */s/Lucas C. Henry*
                                          Lucas C. Henry