IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GSA NETWORK, et al.,                        §
                                            §
        Plaintiffs,                         §
                                            §
v.                                          §
                                            §    CIVIL ACTION NO. 4:25-CV-04090
                                            §
MIKE MORATH, et al.,                        §
                                            §
        Defendants.                         §

**DEFENDANT HOUSTON INDEPENDENT SCHOOL DISTRICT'S
NOTICE OF POSITION FOLLOWING PRELIMINARY INJUNCTION**

Defendant Houston Independent School District ("HISD") responds to the Court's request

as set out in the Court's February 20, 2026 Order (Dkt. 89) granting a preliminary injunction:

> Given their failure to articulate a position on the merits to this point, the
> ISDs are further ordered to file a statement of position within fourteen days as to
> whether they intend to defend SB 12 and their actions enforcing it, or whether they
> will seek representation from the Office of the Attorney General.

HISD has no present intention of defending the provisions of state law enacted through SB

12.

HISD counsel has been in contact with a representative of the Texas Attorney General's

Office concerning this matter, and HISD believes that the notice requirements of TEX. GOV'T CODE

§402.010 have been satisfied.  HISD is not requesting representation in this matter from the Texas

Attorney General's Office.

HISD remains subject to the oversight of the Texas Education Agency through intervention

and appointment of a Board of Managers.

HISD remains committed to following all applicable laws as interpreted by courts of proper

jurisdiction, such as this Court with respect to this matter.

Respectfully submitted,

**BUTLER SNOW LLP**

By: /s/ Eric J.R. Nichols
Eric J.R. Nichols
State Bar No. 14994900
Eric.Nichols@butlersnow.com
J.R. Johnson
Texas Bar No. 24070000
JR.Johnson@butlersnow.com
1400 Lavaca Street, Suite 1000
Austin, Texas 78701
Tel: (737) 802-1800
Fax: (737) 802-1801

**ATTORNEYS FOR DEFENDANT
HOUSTON INDEPENDENT SCHOOL
DISTRICT**

## CERTIFICATE OF SERVICE

I certify that on March 13, 2026, a true and correct copy of the foregoing document was served on all counsel of record by filing with the Court's CM/ECF system.

/s/ Eric J.R. Nichols
Eric J.R. Nichols