IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, *et al* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. 4:25-cv-04090 |
| | § | |
| MIKE MORATH, *et al* | § | |
| | § | |
| Defendants. | § | |

# DEFENDANT KATY INDEPENDENT SCHOOL DISTRICT'S STATEMENT OF POSITION

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Katy Independent School District ("Katy ISD") hereby files this Statement of Position, pursuant to Docket No. 89, and makes the following representations to the Court:

1. Katy ISD has no present intention of defending the provisions of state law enacted through Senate Bill 12 ("SB12") that are the subject of this lawsuit.

2. Now that the Texas Attorney General's office has announced the intention of the State of Texas to intervene in this lawsuit and defend the constitutionality of SB 12, *see* Docket No, 95, it appears that there is no need for any of the school districts to request representation by the Texas Attorney General's Office, and so Katy ISD declines to do so.

3. Katy ISD intends to comply fully with the Court's preliminary injunction issued in this case. [Docket No. 90].

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ Christopher B. Gilbert
Christopher B. Gilbert
Texas Bar No. 00787535
Southern District No. 17283
cgilbert@thompsonhorton.com

Alexa Gould
Texas Bar No. 24109940
agould@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6744
Fax: (713) 583-8884

Attorneys for Defendant Katy Independent School District

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the undersigned attorney served all counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by the Federal Rules.

    /s/ Christopher B. Gilbert
Christopher B. Gilbert