United States District Court
Southern District of Texas

**ENTERED**

March 20, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, *et al*,<br>Plaintiffs, | §<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:25-cv-04090 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| MIKE MORATH, *et al*,<br>Defendants. | §<br>§<br>§ | |

### ORDER

Prior order directed Defendants Houston, Katy, and Plano ISDs to file a statement of position as to whether they (i) intend to defend Senate Bill 12, (ii) will seek representation from the Office of the Attorney General, or (iii) intend some other course altogether. Dkt 89 at 44.

The ISDs made the following, responsive filings:

- o Houston ISD states that it "has no present intention of defending the provisions of state law enacted through SB 12." Dkt 96.

- o Katy ISD likewise states that it "has no present intention of defending the provisions of state law enacted through Senate Bill 12." Dkt 97.

- o Plano ISD states its belief that certain, specified aspects of SB 12 don't violate federal law or the United States Constitution, but that other aspects do. Dkt 94.

Plano ISD has also submitted, together with Plaintiffs, an agreed judgment and permanent injunction as to certain aspects of SB 12. Dkt 93; see also Dkt 93-1.

The State of Texas also submitted a notice of appearance of counsel, listing attorneys with the Office of Attorney General, which further states that the State of

Texas "intends to file a Motion to Intervene to defend the constitutionality of Texas Senate Bill 12" in the very near future. Dkt 95.

The request for entry of agreed judgment submitted by Plaintiffs and Plano ISD is HELD IN ABEYANCE. Dkt 93.

This matter is SET for status conference to proceed in person on April 2, 2026, at 2:30 pm, in Courtroom 11A.

The Office of Attorney General is invited to have counsel attend and be heard regardless of whether a formal motion to intervene is yet on file by then.

SO ORDERED.

Signed on March 20, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge