UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, *et al*, | § | CIVIL ACTION NUMBER |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MIKE MORATH, *et al*, | § | |
| Defendants. | § | |

## MINUTE ENTRY

Minute entry for STATUS CONFERENCE before Judge Charles Eskridge on April 2, 2026. All parties present and represented by counsel. State of Texas present by invitation and represented by counsel.

The Court addressed the joint motion for agreed judgment and permanent injunction by Plaintiffs GSA Network, Texas AFT, and Polly Poe, and Defendant Plano ISD. Dkt 93.

The Court also addressed the forthcoming motion to intervene by the State of Texas. See Dkt 95 (notice of appearance by State of Texas).

The joint motion by Plaintiffs and Plano ISD was HELD IN ABEYANCE pending submission and resolution of the motion to intervene by the State of Texas. Dkt 93.

It was ORDERED that the State of Texas must submit its motion to intervene by May 2, 2026. Standard briefing deadlines will otherwise pertain. In such briefing, it was requested that particular attention be paid to the "Cases" and "Controversies" requirement set forth in Article III of the Constitution.

Upon oral request by Katy ISD, it was further ORDERED that it must file its answer by April 16, 2026.

It is further ORDERED that Plaintiffs consider the appropriate caption for this action going forward, given dismissal of Mike Morath, who was named as the lead defendant before dismissal. A request to modify the caption should be submitted in mind of the parties remaining in this action.

SO ORDERED.

Signed on April 2, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge