# A|R|B|H

## ABERNATHY ROEDER
## BOYD HULLETT

——— EST. 1876 ———

Lucas C. Henry
lhenry@abernathy-law.com

1700 Redbud Boulevard, Suite 300 | McKinney, Texas 75069
Main: 214.544.4000 | Fax: 214.544.4040

May 12, 2026

Cause No. 4:25-CV-04090                                    *Via: E-File*
United States District Court
Southern District of Texas
Houston Division
Judicial Assistant Amy Cooper
Chambers Room 9015
515 Rusk Street
Houston Texas 77002

Re:    Cause No. 4:25-CV-04090*; GSA Network, Students Engaged in Advancing Texas, Texas AFT, Rebecca Roe by and Through her next of Friend, Ruth Roe, Adrian Moore, By and Through his next Friend, Julie Johnson and Polly Poe v. Mike Morath, in an Official Capacity as commissioner of The Texas Education Agency Houston Independent School District, Katy Independent School District , and Plano Independent School District*; In the United States District Court Southern District of Texas, Houston Division.

Dear Ms. Cooper and all Counsel of Record,

I am scheduled for vacation the following dates:

- May 22 and 25, 2026

- July 10, 2026

- July 27, 2026 – July 31, 2026

- October 27 – 28, 2026 (CLE)

- November 23 – 27, 2026

By copy of this letter, I am advising all counsel of record of my schedule, and request that no hearings, motions, or other matters that will require my attendance be scheduled during this period. Thank you for your time and attention.

Sincerely,

/s/ Lucas Henry
Lucas Henry

5166164