**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GSA Network, et al., | § | CIVIL ACTION NO. |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| v. | § | |
| | § | JUDGE CHARLES |
| Houston Independent | § | ESKRIDGE |
| School District, et al., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFFS' RESPONSE TO THE STATE OF TEXAS' MOTION TO INTERVENE**

Plaintiffs GSA Network, SEAT, Texas AFT, Rebecca Roe, by and through her next friend, Ruth Roe, Polly Poe, and Adrian Moore, by and through his next friend, Julie Johnson (collectively, "Plaintiffs") file this Response to the State of Texas's Motion to Intervene (Dkt. 103).

Plaintiffs do not oppose the Attorney General's intervention on behalf of the State of Texas for presentation of evidence and argument solely "on the question of constitutionality" of S.B. 12 as permitted by 28 U.S.C. 2403(b). However, Plaintiffs do not believe that the State has fully met its burden under Federal Rule of Civil Procedure 24(c) because the Motion to Intervene is not "accompanied by a pleading that sets out the claim or defense for which intervention is sought."

Plaintiffs raised this omission with counsel for the State, who stated that "[o]nce the Court allows the intervention, and the State is officially a party," the State intends to file a motion to dismiss which is not defined as a "pleading" under Federal Rule of Civil Procedure 7(a) within 21 days.

While the failure to attach a pleading laying out the claims or defenses "is not a sufficient basis to deny the motion to intervene," *Liberty Surplus Ins. Companies v. Slick Willies of Am., Inc.*, No. CIV.A. H-07-0706, 2007 WL 2330294, at *1 (S.D. Tex. Aug. 15, 2007) (Rosenthal, J.), it should nevertheless be cured to give Plaintiffs and the Court notice of the defenses that the State intends to raise.

Plaintiffs respectfully do not oppose the Court granting the Motion to Intervene. If the Court grants the Motion, Plaintiffs request that the State be required to set forth its defenses in a Motion to Dismiss and/or Answer within 21 days of the Court's order. This would enable the Parties to determine what fact development and discovery is needed in this case and what adjustments to the current Scheduling Order (Dkt. 45) are required. Plaintiffs also reserve the right to object to the scope of the State's arguments after intervention is granted if they exceed "the question[s] of constitutionality" authorized by 28 U.S.C. 2403(b).

Respectfully submitted,

/s/ Brian Klosterboer

Brian Klosterboer,
attorney-in-charge
TX Bar No. 24107833,
SDTX No. 3314357
Charelle Lett
TX Bar No. 24139900,
SDTX No. 3908204
Ashley Harris
TX Bar No. 24123238,
SDTX No. 3879706
Sarah Corning
TX Bar No. 24144442,
SDTX No. 3904827
Chloe Kempf
TX Bar No. 24127325,
SDTX No. 3852674
Thomas Buser-Clancy
TX Bar No. 24078344,
SDTX No. 1671940
Edgar Saldivar
TX Bar No. 24038188,
SDTX No. 618958
Adriana Piñon
TX Bar No. 24089768,
SDTX No. 1829959

ACLU FOUNDATION
OF TEXAS, INC.
P.O. Box 8306
Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
bklosterboer@aclutx.org
clett@aclutx.org

Shawn Thomas Meerkamper
California State Bar No. 296964
Megan Z. F. Noor
California Bar No. 359480
Dale Melchert
California Bar No. 362885
New York Bar No. 5366554
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Nicholas O. Kennedy
Texas Bar No. 24087841
M. Michelle Hartmann
Texas Bar No. 24032402
BAKER MCKENZIE LLP
1900 N. Pearl, Suite 1500
Dallas, TX 75201
Tel: (214) 978-3000
nicholas.kennedy@bakermckenzie.com
michelle.hartmann@bakermckenzie.com

Angela C. Vigil
Florida Bar No. 38627
830 Brickell Plaza, Suite 3100
Miami, FL 33131
Tel: (305) 789-8900
angela.vigil@bakermkenzie.com

3

Andrew P. Crousore
California Bar #202195
600 Hansen Way
Palo Alto, CA 94304
Tel: (650) 856-5508
drew.crousore@bakermckenzie.com

James A. Gilmore
DC Bar #1736415
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (22)452-7000
james.gilmore@bakermckenzie.com

aharris@aclutx.org
scorning@aclutx.org
ckempf@aclutx.org
tbuserclancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

## CERTIFICATE OF COMPLIANCE

Per the Court's local rules, this Motion contains 347 words.

*/s/ Brian Klosterboer*
Brian Klosterboer

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May 2026, a copy of the foregoing document was served via the Court's electronic filing system to all counsel of record and will be emailed to any counsel who have not yet appeared.

*/s/ Brian Klosterboer*
Brian Klosterboer