United States District Court
Southern District of Texas

**ENTERED**

May 29, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GSA NETWORK, *et al*, | § | CIVIL ACTION NUMBER |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HOUSTON INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al*, | § | |
| Defendants. | § | |

### ORDER GRANTING MOTION TO INTERVENE

Pending is a motion by the State of Texas to intervene in this action to defend the constitutionality of Senate Bill 12. Dkt 103.

The State asserts a right to intervene under Rule 24(a) Federal Rules of Civil Procedure pursuant to 28 USC §2403(b). Id at 4. That provision permits a State to intervene for the purpose of presenting evidence and argument "on the question of constitutionality" of a challenged state statute. See 28 USC §2403(b).

Plaintiffs filed a response indicating that they don't oppose the State's intervention "solely 'on the question of constitutionality'" of SB 12. Dkt 110 at 1. That said, they maintain that the State hasn't fully met its burden under Rule 24(c) because the motion as presented isn't "accompanied by a pleading that sets out the claim or defense for which intervention is sought." Id at 1. It thus requests that the State be required to set forth its defenses in a motion to dismiss and/or answer within twenty-one days of any order allowing intervention. Id at 2.

Defendant Plano ISD also responded to the motion, indicating that it doesn't object to the State's intervention in this matter. Dkt 111.

The motion by the State of Texas to intervene is GRANTED as unopposed. Dkt 103.

The State of Texas is ORDERED to file an appropriate moving paper or pleading by June 22, 2026. Such filing must include statement of "the claim or defense for which intervention is sought," in accordance with Rule 24(c).

Plaintiff must respond within twenty-one days of service. The State may then file any reply within ten days of service of response.

All deadlines are subject to requests for reasonable extension, upon which the parties are urged to confer if other deadlines are to be sought or desired.

SO ORDERED.

Signed on May 29, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge