United States District Court
Southern District of Texas

**ENTERED**

July 02, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **GSA NETWORK, STUDENTS ENGAGED IN ADVANDING TEXAS, REBECCA ROE**, by and through her next friend, **RUTH ROE**, and **POLLY POE**, | § § § § § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | **Civil Action No. 4:25-cv-04090** |
| | § | |
| **HOUSTON INDEPENDENT SCHOOL DISTRICT, KATY INDEPENDENT SCHOOL DISTRICT,** and **PLANO INDEPENDENT SCHOOL DISTRICT**, | § § § § § § § | |
| *Defendants.* | § | |

## ORDER GRANTING DEFENDANT/INTERVENOR THE STATE OF TEXAS' UNOPPOSED MOTION TO EXCEED WORD COUNT

REMEMBERED that on this day, the Court considered Defendant/Intervenor, The State of Texas' Unopposed Motion to Exceed Word Count. After consideration of the Motion, evidence and argument of counsel, if any, the Court has found it meritorious. Therefore, the Motion to Exceed Word Count should in all things be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant/Intervenor, The State of Texas' Unopposed Motion to Exceed Word Count is hereby **GRANTED**, and it is hereby Ordered that Defendant/Intervenor, The State of Texas may file Motion to Dismiss to Plaintiffs' Amended Complaint not exceeding 14,000 words.

Dated this 2nd day of July 2026.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE