United States District Court
Southern District of Texas

**ENTERED**

July 16, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GSA NETWORK, *et al*, | § | CIVIL ACTION NUMBER |
| Plaintiffs, | § | 4:25-cv-04090 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HOUSTON INDEPENDENT | § | |
| SCHOOL DISTRICT, *et al*, | § | |
| Defendants. | § | |

**ORDER**

The Eleventh Circuit recently issued its decision in *Pernell v Florida Board of Governors of State University*, 2026 WL 1955783, (11th Cir), which may have relevance to issues presented in this action. Briefing is not yet closed on the pending motion to dismiss.

The parties are ORDERED to address *Pernell* in the remaining briefing on the motion to dismiss.

SO ORDERED.

Signed on  July 16, 2026 , at Houston, Texas.

Honorable Charles Eskridge
United States District Judge