**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GSA Network, et al.,<br>Plaintiffs, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:25-cv-04090 |
| v. | §<br>§<br>§ | |
| Houston Independent School District, et al.,<br><br>Defendants, | §<br>§<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| State of Texas,<br><br>Intervenor. | §<br>§<br>§<br>§ | |

**PLAINTIFF POLLY POE'S UNOPPOSED MOTION TO DISMISS**

Pursuant to Federal Rules of Civil Procedure 21 and 41(a)(2), Plaintiff Polly Poe brings this Unopposed Motion to Dismiss her claims against Plano Independent School District ("Plano ISD") because she is no longer employed in the district and only asserted claims for prospective relief in the Complaint (Dkt. 32). Poe's claims against Texas Education Agency Commissioner Mike Morath were already dismissed by the Court, *see GSA Network v. Morath*, 821 F. Supp. 3d 753, 771 (S.D. Tex. 2026), such that her only remaining claims are asserted against Plano ISD. Because Poe no longer works in Plano ISD and did not assert claims for nominal or other damages in the Complaint, her request

for injunctive and declaratory relief is now moot. *See Arizonans for Off. Eng. v. Arizona*, 520 U.S. 43, 67 (1997) (finding claims for prospective relief moot after a public employee left her job).

The Court is authorized "at any time, on just terms, [to] add or drop a party." Fed. R. Civ. P. 21. A voluntary dismissal may also be entered by court order "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "Any such dismissal is without prejudice, unless the trial court specifies otherwise." *Arias v. Zachry LLC*, No. 4:19-CV-01635, 2020 WL 1130389, at *1 (S.D. Tex. Mar. 6, 2020) (Eskridge, J.). "The Fifth Circuit instructs that 'as a general rule, motions for voluntary dismissal should be freely granted unless the non-moving party will suffer some plain legal prejudice other than the mere prospect of a second lawsuit.'" *Id.* (quoting *United States ex rel Vaughn v United Biologics LLC*, 907 F3d 187, 196–97 (5th Cir 2018)).

Here, no Party suffers prejudice from Poe's voluntary dismissal of her claims. Plano ISD, the State of Texas, and Katy ISD have all indicated that they are unopposed to this request, and this dismissal does not impact Houston ISD since Poe never asserted any claims against that district. Plaintiffs Texas AFT and GSA Network retain claims against Plano ISD and will address in their forthcoming response brief to the State's Motion to Dismiss (Dkt. 119) why they continue to have standing against Plano ISD even without Poe participating in this suit as a named Plaintiff.

Because Poe's claims are now moot and no party will suffer any prejudice from voluntarily dismissing her claims, Plaintiffs request that the Court grant this Motion.

Respectfully submitted,

*<u>/s/Brian Klosterboer</u>*

Brian Klosterboer,
attorney-in-charge
TX Bar No. 24107833,
SDTX No. 3314357
Charelle Lett
TX Bar No. 24139900,
SDTX No. 3908204
Ashley Harris
TX Bar No. 24123238,
SDTX No. 3879706
Sarah Corning
TX Bar No. 24144442,
SDTX No. 3904827
Chloe Kempf
TX Bar No. 24127325,
SDTX No. 3852674
Thomas Buser-Clancy
TX Bar No. 24078344,
SDTX No. 1671940
Edgar Saldivar
TX Bar No. 24038188,
SDTX No. 618958
Adriana Piñon
TX Bar No. 24089768,
SDTX No. 1829959

ACLU FOUNDATION
OF TEXAS, INC.
P.O. Box 8306

Shawn Thomas Meerkamper
California State Bar No. 296964
Megan Z. F. Noor
California Bar No. 359480
Dale Melchert
California Bar No. 362885
New York Bar No. 5366554
TRANSGENDER LAW CENTER
P.O. Box 70976
Oakland, CA 94612
Tel: 510-587-9696
shawn@transgenderlawcenter.org
megan@transgenderlawcenter.org
dale@transgenderlawcenter.org

Nicholas O. Kennedy
Texas Bar No. 24087841
M. Michelle Hartmann
Texas Bar No. 24032402
BAKER MCKENZIE LLP
1900 N. Pearl, Suite 1500
Dallas, TX 75201
Tel: (214) 978-3000
nicholas.kennedy@bakermckenzie.com
michelle.hartmann@bakermckenzie.com

Angela C. Vigil
Florida Bar No. 38627

830 Brickell Plaza, Suite 310
Miami, FL 33131
Tel: (305) 789-8900
angela.vigil@bakermkenzie.com

Andrew P. Crousore
California Bar #202195
600 Hansen Way
Palo Alto, CA 94304
Tel: (650) 856-5508
drew.crousore@bakermckenzie.com

James A. Gilmore
DC Bar #1736415
815 Connecticut Avenue, NW
Washington, DC 20006
Tel: (22)452-7000
james.gilmore@bakermckenzie.com

Houston, TX 77288
Tel. (713) 942-8146
Fax. (713) 942-8966
bklosterboer@aclutx.org
clett@aclutx.org
aharris@aclutx.org
scorning@aclutx.org
ckempf@aclutx.org
tbuserclancy@aclutx.org
esaldivar@aclutx.org
apinon@aclutx.org

**CERTIFICATE OF CONFERENCE**

Counsel has conferred with all parties about the relief requested by this Motion. The State of Texas, Plano ISD, and Katy ISD all indicated that they are unopposed to this Motion. Houston ISD did not respond by the time this Motion was filed, but because Polly Poe has never asserted claims against Houston ISD, it is not impacted by her voluntary dismissal.

*/s/ Brian Klosterboer*
Brian Klosterboer

**CERTIFICATE OF COMPLIANCE**

Per the Court's local rules, this Motion contains 396 words.

*/s/ Brian Klosterboer*
Brian Klosterboer

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of August 2026, a copy of the foregoing document was served via the Court's electronic filing system to all counsel of record and will be emailed to any counsel who have not yet appeared.

*/s/ Brian Klosterboer*
Brian Klosterboer