**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GSA Network, et al., | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| | § | 4:25-cv-04090 |
| v. | § | |
| | § | |
| | § | |
| Houston Independent | § | |
| School District, et al., | § | JUDGE CHARLES |
| | § | ESKRIDGE |
| Defendants, | § | |
| | § | |
| State of Texas, | § | |
| | § | |
| Intervenor. | § | |

**[PROPOSED] ORDER GRANTING PLAINTIFF POLLY POE'S UNOPPOSED MOTION TO DISMISS**

Pending before the Court is Plaintiff Polly Poe's Unopposed Motion to Dismiss. Because Poe no longer works in Plano ISD and only asserted claims for prospective relief in the Complaint, her claims against the District are now moot and Poe does not bring claims against any other Defendant in this case.

Accordingly, the Court **GRANTS** Poe's Motion to voluntarily dismiss her claims. It is hereby **ORDERED** that Poe's claims against Plano ISD are **DISMISSED** without prejudice with all parties to bear their own costs.

Signed on ____________________, at Houston, Texas.

______________________________
Hon. Charles Eskridge
United States District Judge