United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| GSA Network, et al., | § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION NO. |
| | § | 4:25-cv-04090 |
| vs. | § | |
| | § | |
| | § | |
| Houston Independent | § | |
| School District, et al., | § | JUDGE CHARLES |
| | § | ESKRIDGE |
| Defendants, | § | |
| | § | |
| State of Texas, | § | |
| | § | |
| Intervenor. | § | |

## ORDER GRANTING MOTION TO EXCEED WORD COUNT

Pending before the Court is Plaintiffs' Unopposed Motion to Exceed the Word Count for their Response to Intervenor State of Texas's Motion to Dismiss (Dkt. 119). Upon reviewing the Plaintiffs' Motion, the Court finds that the Motion is **GRANTED**. It is hereby **ORDERED** that Plaintiffs may file a response brief not exceeding 14,000 words.

Signed on August 20, 2026, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge